UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DAVID SETH WORMAN, ANTHONY LINDEN,
JASON WILLIAM SAWYER, NICHOLAS ANDREW
FELD, PAUL NELSON CHAMBERLAIN, GUN
OWNERS' ACTION LEAGUE, INC., ON TARGET
TRAINING, INC., AND OVERWATCH OUTPOST,

Plaintiffs,

v.

CHARLES D. BAKER, in his official capacity as
Governor of the Commonwealth of Massachusetts;
MAURA HEALEY, in her official capacity as Attorney
General of the Commonwealth of Massachusetts;
DANIEL BENNETT, in his official capacity as the
Secretary of the Executive Office of Public Safety and
Security; COLONEL RICHARD D. McKEON, in his
official capacity as Superintendent of the Massachusetts
State Police; and MASSACHUSETTS STATE POLICE,

Defendants.

CIVIL ACTION
NO. 17-10107-WGY

---

## NOTICE OF RELATED CASE

Pursuant to District Court Local Rule 40.1(G), the defendants hereby give notice that a

related case is pending in the United States District Court for the District of Massachusetts

(Central Division).  The related case was filed on September 22, 2016, and is captioned <u>Pullman</u>

<u>Arms, Inc., et al. v. Maura Healey, Attorney General for the Commonwealth of Massachusetts,</u>

Civil Action No. 4:16-cv-40136-TSH.  Both the present case and the related case name the

Attorney General in her official capacity and seek to challenge a public advisory issued by the

Attorney General, titled "Enforcement Notice: Prohibited Assault Weapons," on July 20, 2016.

*See* Local Rule 40.1(G) (cases are "related" if "some or all of the parties are the same and . . .

[if] the cases involve the same or similar claims or defenses").

                                      Respectfully submitted,

                                      MAURA HEALEY
                                      ATTORNEY GENERAL

                                      /s/ William W. Porter
                                      William W. Porter (BBO# 542207)
                                      Assistant Attorney General
                                      Office of the Attorney General
                                      One Ashburton Place
                                      Boston, MA  02108
                                      617-963-2976
                                      Bill.Porter@state.ma.us

Date:  January 26, 2017

### CERTIFICATE OF SERVICE

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on January 26, 2017.

                                      */s/ William W. Porter*
                                      William W. Porter
                                      Assistant Attorney General