## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

DAVID SETH WORMAN, et al.,    )
    )
    )
    **Plaintiffs,**    )    **Case No.: 1:17-CV-10107**
    )
**v.**    )
    )
CHARLES D. BAKER, et al.,    )
    )
    )
    **Defendants.**    )

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James M. Campbell, am a member in good standing of the bar of this Court and the attorney of record for Plaintiffs in this case.  My bar number is 541882.  Pursuant to Local Rule 83.5.3, I am moving for the admission of James W. Porter, III, to appear *pro hac vice* in this case as counsel for all Plaintiffs.  Mr. Porter is a member of the bars of Alabama and the District of Columbia.  I have verified that Mr. Porter is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting James W. Porter, III, as co-counsel for all Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/ James M. Campbell
James M. Campbell (BBO# 541882)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
(617) 241-3000
jmcambbell@campbell-trial-lawyers.com

*Counsel for Plaintiffs*

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, James M. Campbell, counsel for Plaintiffs in the above captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with Assistant Attorney General William W. Porter, counsel for the Defendants, on January 27, 2017 by e-mail regarding this motion, and Assistant Attorney General Porter informed me that the Defendants assented to this motion.

Dated: February 2, 2017

/s/ James M. Campbell
James M. Campbell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of February, 2017, this Motion for Admission *Pro Hac Vice* was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ James M. Campbell
James M. Campbell
