IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID SETH WORMAN, et al.,** ) | |
| ) | |
| ) | |
|     **Plaintiffs,** ) | Case No.: 1:17-CV-10107 |
| ) | |
| **v.** ) | |
| ) | |
| **CHARLES D. BAKER, et al.,** ) | |
| ) | |
| ) | |
|     **Defendants.** ) | |

### RULE 83.5.3(e)(3) CERTIFICATION

Pursuant to Local Rule 83.5.3(e)(3), I, James W. Porter, III, hereby certify the following:

1. I am admitted to practice in Alabama, the District of Columbia, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the D.C. Circuit, the United States Court of Appeals for the Eleventh Circuit, the Supreme Court of the United States, the United States District Court for the Northern District of Alabama, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of Maryland and am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. I am not the subject of pending disciplinary proceedings in any jurisdiction.

3. I have not previously had an admission to this Court revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

                <u>/s/ James W. Porter III</u>
                James W. Porter III
                Bradley Arant Boult Cummings LLP
                1615 L Street, N.W.
                Suite 1350
                Washington, DC 20036
                (205) 521-8285
                (205) 488-6285 (facsimile)