**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DAVID SETH WORMAN, et al.,**   )<br>)<br>)<br>     **Plaintiffs,**                          )<br>)<br>**v.**                                               )<br>)<br>**CHARLES D. BAKER, et al.,**         )<br>)<br>)<br>     **Defendants.**                        ) | Case No.: 1:17-CV-10107 |

**(PROPOSED) ORDER**

Upon consideration of the motion to admit James W. Porter, III, *pro hac vice* in the above-captioned case, any response thereto and hearing thereon, it is this ___ day of _____, 2017, hereby ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED.

_____
Judge, United States District Court
for the District of Massachusetts