IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID SETH WORMAN, et al.,** | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:17-CV-10107 |
| | ) |
| v. | ) |
| | ) |
| **CHARLES D. BAKER, et al.,** | ) |
| | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF APPEARNCE**

Please enter the appearance of Richard P. Campbell, Esquire of Campbell Campbell Edwards & Conroy, P.C., as counsel for the Plaintiffs David Seth Worman, Anthony Linden, Jason William Sawyer, Nicholas Andrew Feld, Paul Nelson Chamberlain, Gun Owners' Action League, Inc., On Target Training, Inc., and Overwatch Outpost.

Respectfully submitted,

/s/ Richard P. Campbell            .
James M. Campbell (BBO#541882)
Richard P. Campbell (BBO#071600)
Eric M. Apjohn (BBO# 676055)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
(617) 241-3000
jmcambpell@campbell-trial-lawyers.com
rpcampbell@campbell-trial-lawyers.com
eapjohn@campbell-trial-lawyers.com

John Parker Sweeney
(*Pro Hac Vice* Motion forthcoming)
T. Sky Woodward
(*Pro Hac Vice* Motion forthcoming)
James W. Porter, III
(*Pro Hac Vice* Motion forthcoming)
Marc A. Nardone
(*Pro Hac Vice* Motion forthcoming)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@bradley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2017, this Notice of Appearance was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ Richard P. Campbell
Richard P. Campbell