IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DAVID SETH WORMAN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 1:17-CV-10107-WGY |
| | ) |
| **MAURA HEALEY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE**
**THE EXPERT DISCOVERY DEADLINE TO DEPOSE ONE EXPERT**

Plaintiffs hereby move to enlarge the period for expert discovery by five days, from November 15, 2017, to and including November 20, 2017, to depose one expert, James Yurgealitis. In support of this motion, and as grounds therefor, the Plaintiffs state as follows:

1. On April 7, 2017, this Court entered an Order approving in large part the discovery and motion schedule proposed by the parties in their Joint Rule 16 Statement. *See* Dkt. 30. Pursuant to that Order, the deadline to complete expert discovery is November 15, 2017. *Id.*

2. Pursuant to this Court's September 20, 2017 Order, entered upon Defendants' September 14, 2017, Unopposed Motion to Enlarge the Deadline for Disclosing One Expert Report, Defendants disclosed Mr. Yurgealitis and produced his report on September 20, 2017, five days after expert disclosures were initially due. *See* Dkt. 47.

3. The parties have been working diligently to complete expert discovery. After Defendants disclosed Mr. Yurgealitis, counsel for the parties exercised their best efforts to reach

-1-

a mutually convenient date for Mr. Yurgealitis' deposition. November 20, 2017 is the earliest possible date.

4. Defendants do not object to the relief requested in this motion.

5. This motion is Plaintiffs' first attempt to enlarge any discovery period. Further, this extension will not affect any of the other deadlines in the Scheduling Order, including specifically the dispositive motion briefing schedule or trial schedule.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order enlarging the period for expert discovery by five days, from November15, 2017, to and including November 20, 2017, to depose one expert for Defendants, James Yurgealitis.

Respectfully submitted,

James M. Campbell (BBO#541882)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
(617) 241-3000
jmcambpell@campbell-trial-lawyers.com

/s/ John Parker Sweeney
John Parker Sweeney
(admitted *Pro Hac Vice*)
T. Sky Woodward
(admitted *Pro Hac Vice*)
James W. Porter, III
(admitted *Pro Hac Vice*)
Marc A. Nardone
(admitted *Pro Hac Vice*)
Connor M. Blair
(admitted *Pro Hac Vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
jsweeney@bradley.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2017, that the Consent Motion was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

/s/ John Parker Sweeney
John Parker Sweeney (admitted *Pro Hac Vice*)
T. Sky Woodward (admitted *Pro Hac Vice*)
James W. Porter, III (admitted *Pro Hac Vice*)
Marc A. Nardone (admitted *Pro Hac Vice*)
Connor M. Blair (admitted *Pro Hac Vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
jsweeney@bradley.com

James M. Campbell (BBO # 541882)
Eric M. Apjohn (BBO # 676055)
Richard P. Campbell (BBO # 071600)
Campbell Campbell Edwards & Conroy
One Constitution Center
Boston, MA 02129
(617) 241-3000
jmcambpell@campbell-trial-lawyers.com

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I certify that, on October 24, 2017, I conferred with Gary Klein, counsel for Defendants, and Defendants do not object to the relief requested in this motion.

/s/ John Parker Sweeney
John Parker Sweeney (admitted *Pro Hac Vice*)