UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SETH WORMAN, ANTHONY LINDEN, JASON WILLIAM SAWYER, PAUL NELSON CHAMBERLAIN, GUN OWNERS' ACTION LEAGUE, INC., ON TARGET TRAINING, INC., AND OVERWATCH OUTPOST,<br><br>       Plaintiffs,<br><br>      v.<br><br>MAURA HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts; DANIEL BENNETT, in his official capacity as the Secretary of the Executive Office of Public Safety and Security; and COLONEL KERRY GILPIN, in her official capacity as Superintendent of the Massachusetts State Police,<br><br>       Defendants. | CIVIL ACTION<br>NO. 17-10107-WGY |

**DECLARATION OF ELIZABETH KAPLAN IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Elizabeth Kaplan, hereby declare and state the following:

1. I am an Assistant Attorney General at the Massachusetts Office of the Attorney General and am a member in good standing of the Massachusetts bar. I represent the defendants in this matter.

2. I make this declaration in support of the Defendants' Motion for Summary Judgment. Unless stated otherwise, I have personal knowledge of the facts set forth herein and am competent to testify thereto.

3. Attached are true and accurate copies of the following Exhibits:

| Exhibit | Exhibit Description | Short Citation |
|---|---|---|
| 1 | Excerpts of Transcript of Deposition of Gary Klein | Klein Dep. |
| 2 | Excerpts of Transcript of Deposition of Christopher Colwell | Colwell Dep. |
| 3 | Excerpts of Transcript of Deposition of James Curcuruto | Curc. Dep. |
| 4 | Redacted Transcript of Deposition of David Seth Worman | Worman Dep. |
| 5 | Redacted Transcript of Deposition of Anthony Linden | Linden Dep. |
| 6 | Redacted Transcript of Deposition of Jason William Sawyer | Sawyer Dep. |
| 7 | Redacted Transcript of Deposition of Paul Nelson Chamberlain | Chamb. Dep. |
| 8 | Redacted Transcript of Deposition of Jim Wallace | Wallace Dep. |
| 9 | Redacted Transcript of Deposition of Edward O'Leary | O'Leary Dep. |
| 10 | Redacted Transcript of Deposition of Charles Ricko, II | Ricko Dep. |
| 11 | Redacted Transcript of Deposition of James Supica | Supica Dep. |
| 12 | Redacted Transcript of Deposition of Gary Kleck | Kleck Dep. |
| 13 | Redacted Transcript of Deposition of Buford Boone | Boone Dep. |
| 14 | Excerpts of Redacted Transcript of Deposition of Guy Rossi | Rossi Dep. |
| 15 | Excerpts of the Expert Report of James Curcuruto, with an attachment | Curc. Rep. |
| 16 | Expert Report of James Supica | Supica Rep. |
| 17 | M. Levenson, *Patrick to renew push for tougher gun laws*, BOSTON GLOBE (Dec. 17, 2012). | |
| 18 | M. Valencia & M. Levenson, *Patrick renewing push for tougher Mass. gun laws*, BOSTON GLOBE (Dec. 18, 2012). | |
| 19 | Gun Owner's Action League et al. v. Cellucci et al., No. 98-12125 (D. Mass. Sept. 28, 2000) (Memorandum & Order). | GOAL v. Cellucci Mem. |
| 20 | Gun Owner's Action League et al. v. Cellucci et al., No. 98-12125 (D. Mass. Oct. 21, 1998) (Complaint). | GOAL v. Cellucci Compl. |
| 21 | Press Release, *Romney signs off on permanent assault weapons ban* (July 1, 2004). | |
| 22 | *College Student Sprays Campus with an Assault Rifle, Killing 2*, N.Y. TIMES (Dec. 16, 1992). | |
| 23 | Decl. of Mark Overstreet in New York State Rifle and Pistol Assoc., Inc. v. Cuomo, No. 1:13-cv-00291. | Overstreet Decl. |
| 24 | Edward O'Leary email dated January 31, 2017. | O'Leary Email |
| 25 | William J. Eaton, *Ford, Carter, Reagan Push for Gun Ban*, L.A. TIMES (May 5, 1994). | |

| | | |
|---|---|---|
| 26 | A. Lambiaso, *Romney Signs Assault Weapons Ban Extension, Changes in Gun Licensing*, STATE HOUSE NEWS SERVICE (July 1, 2004). | SHNS, 7/1/2004 |
| 27 | Senate Session, STATE HOUSE NEWS SERVICE (May 27, 2004) | SHNS, 5/27/2004 |
| 28 | Violence Policy Center, United States of Assault Weapons: Gunmakers Evading the Federal Assault Weapons Ban (July 2004). | VPC, Gunmakers Evading |
| 29 | H.R. Rep. No. 103–489, Public Safety and Recreational Firearms Use Protection Act (May 2, 1994). | H.R. Rep. |
| 30 | Excerpts from Pub. L. No. 103–322; 108 Stat. 1796 (1994). | |
| 31 | R. Wu, *A Prospective AR-15 Owner/Builder's Primer*, ar15.com (Dec. 13, 1997) | |
| 32 | *Jacques, Birmingham Announce Final Enactment of Assault Weapons Bill*, STATE HOUSE NEWS SERVICE (July 20, 1998). | SHNS, 7/20/1998 |
| 33 | *Jacques Confident Assault Weapons Ban Will Pass Next Session*, STATE HOUSE NEWS SERVICE (Dec. 3, 1996). | SHNS, 12/3/1996 |
| 34 | Senate Copy, STATE HOUSE NEWS SERVICE (July 16, 1998). | SHNS, 7/16/1998 |
| 35 | Enforcement Notice: Prohibited Assault Weapons (July 20, 2016). | Enforcement Notice |
| 36 | D. Long, *The Complete AR-15/M16 Sourcebook* (2d ed. 2001). | Long |
| 37 | M. Morgan, *U.S. M16: A Half-Century of America's Combat Rifle*, NRA AMERICAN RIFLEMAN (Sept. 20, 2017). | Morgan |
| 38 | C. Bartocci, *AR-15/M16: The Rifle That Was Never Supposed To Be*, GUN DIGEST (July 16, 2012). | Bartocci, AR-15/M16 |
| 39 | Excerpts from Department of the Army, *Rifle Marksmanship: M16-/M4-Series Weapons* (August 2008). | Army Manual |
| 40 | Bureau of Alcohol, Tobacco, and Firearms, *Study in the Importability of Certain Shotguns* (2011). | ATF 2011 |
| 41 | M. Gius, *The Impact of state and federal assault weapons bans on public mass shootings*, 22 APPLIED ECONOMICS LETTERS 281 (2015) | Guis |
| 42 | L. Buchanan et al., *How They Got Their Guns*, N.Y. TIMES (June 12, 2016) | |
| 43 | AR-15 Vs. M16 Parts, ar15.com | |
| 44 | Violence Policy Center, The Militarization of the U.S. Civilian Firearms Market (2011) | VPC, Militarization |
| 45 | C. Ingraham, *There Are Now More Guns Than People in the United States*, WASH. POST (Oct. 5, 2015) | |

| 46 | Decl. of Lucy P. Allen in Kolbe v. O'Malley, Case No. 1:13-cv-02841-CCD (D. Md.) (Filed 2/14/14). | Allen Decl. |
|---|---|---|
| 47 | C. Koper, *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994–2003*, REPORT TO THE NATIONAL INSTITUTE OF JUSTICE, UNITED STATES DEPARTMENT OF JUSTICE (2004). | Koper 2004 |
| 48 | Brady Center to Prevent Gun Violence, *On Target: The Impact of the 1994 Federal Assault Weapon Act* (March 2004). | Brady Ctr., On Target |
| 49 | Brady Center to Prevent Gun Violence, *Assault Weapons: "Mass Produced Mayhem"* (Oct. 2008). | Brady Ctr., Mass Mayhem |
| 50 | A. Fallis, *Data Indicate Drop in High-Capacity Magazines During Federal Gun Ban*, WASH. POST (Jan. 10, 2013). | |
| 51 | P. Stephanopoulous et al., *Gunshot wounds: A review of ballistics related to penetrating trauma*, 3 J. ACUTE DISEASE 178 (2014). | |
| 52 | L. Wen, *What Bullets Do To Bodies*, N.Y. TIMES (June 15, 2017). | |
| 53 | Testimony of Dr. William Begg, Director, Emergency Medical Services, Danbury Hospital, Danbury, Connecticut Before the Senate Judiciary Committee (Feb. 27, 2013). | Begg Testimony |
| 54 | W. Krouse, *Mass Murder with Firearms: Incidents and Victims, 1999-2013*, Congressional Research Service (July 2015). | CRS 2015 |
| 55 | J. Lee et al., *More Than Half of Mass Shooters Used Assault Weapons and High Capacity Magazines*, MOTHER JONES (Feb. 27, 2013). | |
| 56 | M. Follman et al., *A Guide to Mass Shootings in America*, MOTHER JONES (Jun 14, 2017). | |
| 57 | Violence Policy Center, *"Officer Down": Assault Weapons and the War on Law Enforcement* (May 2003). | VPC, Officer Down |
| 58 | Department of the Army, *Report of the M16 Rifle Review Panel* (June 1, 1968). | |
| 59 | Advisory No. 2008/1, *An Advisory from the Attorney General's Fair Labor Division on M.G.L. c. 149, s. 148B* | |
| 60 | Advisory 98/1, *An Advisory from the Attorney General's Fair Labor Division on An Act Providing Employees Leave for Certain Family Obligations* | |
| 61 | Executive Office of Public Safety and Security, Approved Firearms Roster (Nov. 2017). | |

| | | |
|---|---|---|
| 62 | Excerpts of National Rifle Association, THE BASICS OF PERSONAL PROTECTION IN THE HOME (2000). | |
| 63 | Excerpts of National Rifle Association, NRA GUIDE TO PERSONAL PROTECTION OUTSIDE THE HOME (2006). | |
| 64 | J. Supica, *A Brief History of Firearms*, NRA Museum, available at http://www.nramuseum.com/gun-info-research/a-brief-history-of-firearms.aspx | |
| 65 | Bureau of Alcohol, Tobacco, and Firearms, *Report and Recommendation of the ATF Working Group on the Importability of Certain Semiautomatic Rifles* (July 6, 1989) | ATF 1989 |
| 66 | Bureau of Alcohol, Tobacco, and Firearms, *Department of the Treasury Study on the Sporting Suitability of Modified Semiautomatic Assault Rifles* (Apr. 1998) | ATF 1998 |
| 67 | Bureau of Alcohol, Tobacco, and Firearms, *Assault Weapons Profile* (Apr. 1994) | ATF 1994 |
| 68 | R. Maranon, *Tulsa gun expert breaks down weapons seen in photos of Las Vegas shooting investigation*, FOX23 (Oct. 23, 2017). | |
| 69 | A. Horton, *The Las Vegas shooter modified a dozen rifles to shoot like automatic weapons*, Wash. Post (Oct. 3, 2017) | |
| 70 | *How Far Was the Las Vegas Shooter from the Concert?* BOSTON GLOBE (Oct. 2, 2017), available at https://www.bostonglobe.com/news/nation/2017/10/02/look-how-far-las-vegas-shooter-was-from-concert/RH1IbGWenXPuSGg84YfqXN/story.html | |
| 71 | T. Craig, *As the wounded kept coming, hospitals dealt with injuries rarely seen in the U.S.*, WASH. POST (Oct. 3, 2017). | |
| 72 | C.J. Chivers et al., *Gunman's Vantage Point and Preparations Opened the Way for Mass Slaughter*, N.Y. TIMES (Oct. 2, 2017). | |
| 73 | M. Rocheleau, *At Las Vegas hospital, staff treat physical and mental wounds*, BOSTON GLOBE (Oct. 2, 2017). | |
| 74 | Testimony of Neil Heslin, Senate Judiciary Committee Hearing on the Assault Weapons Ban of 2013 (Feb. 27, 2013). | Heslin Testimony |
| 75 | Excerpts from D. Howlett, *Shooter's Bible: Guide to AR-15s* (2011). | Howlett |
| 76 | Excerpts from K. Dockery, *Special Warfare: Special Weapons* (1996). | Dockery |
| 77 | Excerpts from C. Bartocci, *Black Rifle II* (2004). | Bartocci, Black Rifle |

| 78 | Excerpts from V. Shilin & C. Cutshaw, *Legends and Reality of the AK* (2000). | Shilin & Cutshaw |
|---|---|---|
| 79 | ATF Rul. 94–2, available at https://www.atf.gov/file/55426/download. | ATF Rule 94-2 |
| 80 | Violence Policy Center, *High Capacity Ammunition Magazines Are the Thread Running Through Most Mass Shootings in the United States*, available at http://www.vpc.org/fact_sht/VPCshootinglist.pdf | VPC, Mass Shootings |
| 81 | Memorandum from Laurie R. Wallach, Deputy Chief Legal Counsel, to Argio Paul Cellucci, Governor, Re: House Bill No. 1985 (July 22, 1998). | Governor's Memo |
| 82 | Mayors Against Illegal Guns, *Analysis of Recent Mass Shootings* (Sept. 2013). | Mayors |
| 83 | Gun Violence Archive, "11-05-2017 Texas Sutherland Springs" | |
| 84 | D. Montgomery, *Gunman Kills At Least 26 in Attack on Rural Texas Church*, N.Y. TIMES (Nov. 5, 2017). | |
| 85 | Gun Violence Archive, "10-01-2017 Nevada Las Vegas 195-1" | |
| 86 | Gun Violence Archive, "6-12-2016 Florida Orlando 102-1" | |
| 87 | Gun Violence Archive, "12-02-2015 California San Bernardino" | |
| 88 | T. Dickinson, *All-American Killer: How the AR-15 Became Mass Shooters' Weapon of Choice*, ROLLING STONE (Nov. 21, 2016). | |
| 89 | J. Dao, *Aurora Gunman's Arsenal: Shotgun, Semiautomatic Rifle and, at the End, a Pistol*, N.Y. TIMES (July 23, 2012). | |
| 90 | J. Saltzman & T. Andersen, *Emotions raw 10 years after shooting*, BOSTON GLOBE (Dec. 26, 2010). | |
| 91 | Excerpts of U.S. Army Ctr. of Military History, *American Military History, Vol. 1* (2d ed. 2009). | |
| 92 | F. Norris et al., *Impact of Mass Shootings on Survivors, Families, and Communities*, 18 PTSD RESEARCH QUARTERLY 1 (2007). | |
| 93 | Office of the Attorney General, *Guns That Are Not Assault Weapons* | |
| 94 | S. Wormley, *The AR-15 for Home Defense: Penetration Tests*, NRA AMERICAN RIFLEMAN (Aug. 5, 2014). | Wormley |
| 95 | R. Rojas, *Newtown Is 'Still So Raw,' 5 Years After Sandy Hook Shooting*, N.Y. TIMES (Dec. 13, 2017). | |

Signed under the pains and penalties of perjury,

_____          __12/15/17_____
Elizabeth Kaplan, BBO #568911              DATE
Assistant Attorney General