# EXHIBIT 15

## TO KAPLAN DECLARATION

Expert Report of James Curcuruto

Director, Industry Research & Analysis

National Shooting Sports Foundation, Inc.

11 Mile Hill Road

Newtown, CT 06470-2359


September 15, 2017

*[signature]*

James Curcuruto

**My Qualifications**

As of the date noted on this report I am working as Director, Industry Research & Analysis for the National Shooting Sports Foundation, Inc. (NSSF), a position held since November 2009. I received my associate's degree in business administration from the State University of New York at Cobleskill in 1991 and my bachelor's degree in business management from the University of North Carolina at Wilmington in 1993. My approximate 20 year business work history focuses mainly on sales, marketing, advertising, research and analysis.

NSSF, formed in 1961, is the trade association for the firearms, ammunition, hunting and recreational shooting sports industry. Its mission is to promote, protect and preserve hunting and the shooting sports. The NSSF has a membership of more than 10,000 manufacturers, distributors, firearm retailers, shooting ranges, sportsmen's organizations and publishers.

In my current position as Director, Industry Research and Analysis, I am responsible for most of the research activities at NSSF, and I direct the activities of an internal research coordinator as well as several outside companies retained to conduct research and gather market and consumer information useful to NSSF members. Under my direction, dozens of informational reports and studies focusing on industry topics and trends such as: firearms, ammunition, target shooting and hunting have been released to the NSSF member base and many are shared outside the NSSF member base as well. Data from these releases has been referenced many times in endemic, non-endemic, online and print newspaper and magazine articles, used in corporate 10K reports, and mentioned in other media. I have authored and provided information for several articles published in trade magazines. I have also been deposed as an expert witness on the topics of commonality of modern sporting rifles and magazines capable of holding more than 10 rounds of ammunition.

I have reviewed the relevant Massachusetts Statutes constituting bans on semiautomatic rifles and large capacity magazines; the Massachusetts Attorney General's Notice of Enforcement dated July

20, 2016; the interrogatory answers of Attorney General Maura Healey, Secretary of the Executive Office of Public Safety and Security Daniel Bennett, and Superintendent of the Massachusetts State Police Colonel Richard McKeon; and guiding information from the Massachusetts Attorney General's website providing additional answers and information on permissible and impermissible firearms.

I am not receiving a fee in exchange for my opinions.

**Opinions and Supporting Evidence**

Many NSSF members manufacture, distribute and/or sell firearms, and they look to NSSF to provide market data reflecting consumer preferences, market trends and other information for use in their business decisions. Among the firearm products sold by NSSF members are modern sporting rifles, a category of firearms comprised primarily of semiautomatic rifles built on the AR- and AK-platforms.[1] A "semiautomatic," or self-loading, rifle is a firearm which fires, extracts, ejects and reloads a cartridge once for each pull and release of the trigger.[2] These rifles have the capacity to accept a detachable magazine. Additionally, they come in a range of calibers, including 22 rimfire, 223 Remington, and larger calibers used for hunting big game (e.g., white-tailed deer). Research conducted by the NSSF and under my direction demonstrates that modern sporting rifles are popular and commonly owned and used by millions of persons in the United States for a variety of lawful purposes, including, but not limited to, recreational and competitive target shooting, home defense, collecting and hunting.

1) Figures from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Annual Firearms Manufacturers and Exports Reports (AFMER) show that between 1990 and 2015, United States

---

[1] The AR in "AR-platform" rifle stands for ArmaLite, the company that in the 1950s developed this style of rifle, which eventually became both the military's M16 rifle and the civilian semi-automatic sporting rifle known as the AR-15, or modern sporting rifle. "AR" does NOT stand for "assault rifle" or "automatic rifle." http://www.nssfblog.com/%E2%80%98ar%E2%80%99-stands-for-armalite/.

[2] "Semiautomatic" rifles should not be confused with "automatic" rifles, which fire when the trigger is pulled and continue to fire until the trigger is released or ammunition is exhausted. Sporting Arms and Ammunition ("SAAMI") Glossary of Industry Terms, http://www.saami.org/Glossary/display.cfm?letter=S

manufacturers produced approximately 9,309,000 AR-platform rifles for sale in the United States commercial marketplace. More than 50 different manufacturers produced these rifles, including Smith & Wesson, Colt, Remington, Sig Sauer and Sturm, Ruger. During these same years, figures from the U.S. International Trade Commission (ITC) show approximately 4,430,000 AR- and AK-platform rifles were imported into the United States for sale in the commercial marketplace. In 2015 alone, more than 1.5 million of these rifles were either manufactured in the U.S. or imported to the U.S. for sale. By way of comparison, in 2015, the number of modern sporting rifles manufactured in or imported to the U.S. was nearly double the number of the most commonly sold vehicle in the U.S., the Ford F series pick-up trucks (including F-150, F-250, F-350, F-450 and F-550). See http://fordauthority.com/fmc/ford-motor-company-sales-numbers/ford-sales-numbers/ford-f-series-sales-numbers/ (780,354 sold). Modern sporting rifles have been available to civilians since at least the late 1950s.[3] Thus, many more AR- and AK-platform rifles were either manufactured in the U.S. or imported to the U.S. for sale in the commercial marketplace prior to 1990.

2) In 2013, NSSF published its Modern Sporting Rifle (MSR) Comprehensive Consumer Report 2013. The findings in the report were based on on-line responses from 21,942 owners of modern sporting rifles. Included among the findings were that the typical owner of a modern sporting rifle is male, over 35 years old, married with a household income above $75,000 and has some college education. Approximately 35 percent of all owners of modern sporting rifles are current or former members of the military or law enforcement.[4] The survey found that three out of every four recently purchased modern sporting rifles are chambered for 223 Remington ammunition. Standard capacity magazines capable of

---

[3] http://world.guns.ru/civil/usa/ar-15-e.html. The original AR-15 Sporter rifles were manufactured for the civilian market by Colt's Firearms since 1963. See, attached advertisement.

[4] By contrast, the NSSF Modern Sporting Rifle (MSR) Comprehensive Consumer Report 2010 found that 44% of all owners of modern sporting rifles were current or former members of the military or law enforcement. Consistent with general sales trend data, it is reasonable to infer that this difference is attributable to an increase in the popularity and ownership of modern sporting rifles in the general civilian population.

holding 30 rounds or more of ammunition are the most popular magazines used in modern sporting rifles. Owners of modern sporting rifles consider accuracy and reliability to be the most important attributes of a modern sporting rifle. Other reasons cited by survey respondents for their purchase of modern sporting rifles include ergonomics, low recoil, ease with which they can be shot and their light weight. Recreational target shooting was ranked as the number one reason why owners purchased a modern sporting rifle, followed closely by home defense. Other reasons for owning a modern sporting rifle include, but are not limited to, varmint hunting, big game hunting, competitive target shooting and collecting. The average price paid for a modern sporting rifle by survey respondents was $1,058.00. Combining data from this report with production and import data from ATF AFMER and ITC, we can apply a weighted average formula showing more than 4.8 million people currently own one or more modern sporting rifle.

3) In 2017, the NSSF published its Firearms Retailer Survey Report 2017 edition. The report set forth findings based on an on-line survey of 324 firearm retailers located across the United States. Among the findings were that 92.9 percent of those responding to the survey currently sell new modern sporting rifles. Of the modern sporting rifles sold, those chambered for 223 Remington ammunition were by far the most commonly purchased. Respondents reported that modern sporting rifles were the most popular long gun sold accounting for 17.9 percent of the firearms they sold in 2016. In contrast, 11.3 percent of the firearms sold were traditionally styled rifles while 11.5 percent of the firearms they sold were shotguns.

4) In 2017, NSSF published its Sports Shooting Participation in the United States in 2016 report. The report, based upon 3,050 telephone interviews, indicates that participation in any target shooting or sport shooting increased 44 percent from approximately 34.4 million participants in 2009 to 49.4 million participants in 2016, an increase of 15 million participants. The report also indicates that participation in

target shooting with a modern sporting rifle increased 57 percent from approximately 8.9 million participants in 2009 to 14.0 million participants in 2016.

5) The Federal Bureau of Investigation (FBI) releases National Instant Criminal Background Check System (NICS) figures on a monthly basis. NICS figures are commonly viewed as a proxy for firearm sales. NSSF adjusts down the monthly FBI NICS by subtracting background checks that do not correspond with a firearm transfer ("NSSF-Adjusted NICS"). NSSF releases NSSF-Adjusted NICS data to the industry in an attempt to provide a more accurate picture of market conditions. In 2015, total NSSF-Adjusted NICS were approximately 14,244,000 nationwide.

6) In 2017, NSSF compiled and released a chart estimating that 230 million pistol and rifle magazines were in U.S. consumer possession between 1990 and 2015. The data supporting that chart further shows magazines capable of holding more than ten rounds of ammunition accounted for approximately 114.7 million or 49.9 percent of all magazines owned. It can be assumed many more such magazines were manufactured in the U.S. or imported to the U.S. for sale in the commercial marketplace prior to 1990.

Based on the findings listed above, it is my opinion that both modern sporting rifles and magazines that are capable of holding more than ten rounds of ammunition are commonly used by millions of law abiding Americans for a variety of lawful purposes. Additionally it is my opinion that both lawful ownership and usage of modern sporting rifles are becoming even more common in recent years.

A copy of each NSSF-published report referenced herein is appended to this report.

Published Articles

| | | | |
|---|---|---|---|
| 1) | Firearms Accidents Drop | SHOT Business | June/July 2011 |
| 2) | New Study Can Aid Planning | The Range Report | Winter 2011 |

| | | | |
|---|---|---|---|
| 3) | NSSF Releases Report on Diversity | SHOT Business | April/May 2013 |
| 4) | Participation Trends | SHOT Business | Aug/Sept 2013 |
| 5) | Industry Research from NSSF | SHOT Business | December 2013 |
| 6) | Many Uses, Many Sales | AR Guns and Hunting | May 2014 |
| 7) | The Big Bucks of Target Shooting | SHOT Business | June/July 2014 |
| 8) | Opening the Clubhouse | SHOT Business | December 2014 |
| 9) | Improve Your Knowledge | SHOT Business | January 2015 |
| 10) | Executive Privilege | SHOT Business | December 2016 |
| 11) | Target Audience | SHOT Business | Oct/Nov 2017 |

Expert Witness History

1) Deposed for *Wilson, et al. v. Cook County, Illinois*, No. 07 CH 4848, In the Circuit of Cook County Illinois County Department, Chancery Division. November 7, 2013 Waterbury, CT 06702

2) Deposed for *Kolbe v. O'Malley*, U.S. District Court for the District of Maryland, January 24, 2014

3) Deposed for *Friedman v City of Highland Park*, May 27, 2014 Windsor Locks, CT 06096

| YEAR | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,267,000 | 244,000 | 1,511,000 |
| TOTALS | 9,309,000 | 4,430,000 | 13,739,000 |

NSSF® MSR History.  26 years.  1990 - 2015 estimated US firearm production - export + imports of MSR/AR, AK Platform Semi-automatic Rifles

Sources: ATF AFMER, US ITC, Industry estimates

9/1/2017

# NSSF® REPORT
## MODERN SPORTING RIFLE (MSR)
## COMPREHENSIVE CONSUMER REPORT 2013

**Ownership, Usage and Attitudes
Toward AR- and AK-Platform
Modern Sporting Rifles**







Conducted for National Shooting Sports Foundation
by Sports Marketing Surveys

**SPORTS MARKETING SURVEYS USA**

**NSSF.ORG**



**Copyright:** ©2013 National Shooting Sports Foundation

For all client unique research, copyright is assigned to said client. All report findings contained within are the property of the client, who is free to use this information as desired. However, it is recommended that the client contact *Sports Marketing Surveys*, prior to reproduction or transmission for clarification of findings, analysis, or recommendations.

**Disclaimer:**
While proper due care and diligence has been taken in the preparation of this document, *Sports Marketing Surveys* cannot guarantee the accuracy of the information contained and does not accept any liability for any loss or damage caused as a result of using information or recommendations contained within this document.

**About NSSF:**
The National Shooting Sports Foundation is the trade association for the firearms industry. Its mission is to promote, protect and preserve hunting and the shooting sports. Formed in 1961, NSSF has a membership of more than 9,000 manufacturers, distributors, firearms retailers, shooting ranges, sportsmen's organizations and publishers.

**About Sports Marketing Surveys:**
Since 1985, *Sports Marketing Surveys* had led the way in being the informed, experienced and uniquely positioned source to assist with any custom research projects. Whether it's a dealer study to get some feedback from your retail partners or an internet based consumer study to measure the strength of your brand among the changing American consumer, Sports Marketing Surveys conducts quantitative and qualitative marketing research and information for many of the leading manufacturers and organizations throughout the industry.

**Sports Marketing Surveys**
6650 West Indiantown Road, Suite 220
Jupiter, FL 33458
p: 561.427.0647
e: usa@sportsmarketingsurveysusa.com
www.sportsmarketingsurveysusa.com

## Table of Contents

**1    METHODOLOGY** ........................................................................ **4**

**2    EXECUTIVE SUMMARY** ............................................................. **5**

**3    FAST FACTS** .............................................................................. **7**

**4    SAMPLE PROFILE** ..................................................................... **9**

4.1    Overall profile of MSR owners .................................................. 9

4.2    Geo-Analysis ............................................................................ 10

4.3    Range Membership .................................................................. 11

4.4    Military / Law Enforcement Background ................................. 12

**5    MSR BUYING PROCESS** .......................................................... **13**

5.1    Number of MSRs owned ........................................................... 13

5.2    First MSR purchased ................................................................ 14

5.3    Firearms owned prior to MSR ownership ................................ 15

5.4    Interest gained in MSRs ........................................................... 16

5.5    Most Recent Purchase ............................................................. 17

5.6    Year of purchase ...................................................................... 18

5.7    Price paid .................................................................................. 19

5.8    Place of purchase ..................................................................... 20

5.9    Reasons for purchase .............................................................. 21

**6    MSR AND ACCESSORY SPECIFICATION** ............................... **23**

6.1    MSR Caliber .............................................................................. 23

6.2    Level of accessories ................................................................. 24

6.3    When accessorized .................................................................. 25

6.4    Amount spent on accessories .................................................. 26

6.5    Optics ....................................................................................... 27

6.6    Scope ........................................................................................ 27

6.7    Magazine capacity ................................................................... 28

6.8    Stock type ................................................................................. 29

6.9    Upper receiver .......................................................................... 29

6.10  Hand guard ............................................................................... 30

6.11  Finish color ............................................................................... 30

6.12  Barrel and Operation ............................................................... 31

**7    FUTURE PURCHASE INTENTIONS** .......................................... **32**

7.1    Likelihood of buying a new MSR in next 12 months ................ 32

7.2   Currently own and likely to buy ........................................................... 33

8   **MSR USAGE** ............................................................................. **34**
8.1   Reasons for owning a MSR ......................................................... 34
8.2   Usage .......................................................................................... 37
8.3   Frequency of usage ..................................................................... 38
8.4   Able to Use as Often as Like ..................................................... 39
8.5   Year/Year MSR Usage ................................................................. 41
8.6   Venues used MSR ......................................................................... 42
8.7   MSR Storage ................................................................................ 46
8.8   Ammo used ................................................................................... 47
8.9   Number of rounds fired in last 12 months and projected use ........... 47
8.10  Ammo buying ............................................................................... 48
8.11  Reloading .................................................................................... 49
8.12  Ammunition storage ..................................................................... 50
8.13  MSR shooting distance ................................................................ 54
8.14  Who do you MSR shoot with ....................................................... 55
8.15  Other firearm shooting activity .................................................. 55

9   **PROFILES** ............................................................................... **56**
9.1   Single MSR owners vs multiple MSR owners ............................. 56
9.2   Range Member vs Non-Range Member ...................................... 57
9.3   Infrequent MSR User vs Avid User ........................................... 58
9.4   Target Shooters vs Hunters ....................................................... 59
9.5   Owners who haven't use their MSRs .......................................... 60
9.6   Premium Buyers .......................................................................... 61
9.7   Owners of Heavily Accessorized MSR Owners ........................... 62
9.8   Likely MSR Buyers ...................................................................... 63
9.9   Likely Accessory Buyers ............................................................. 64
9.10  Military vs Non-Military .............................................................. 65

10  **CLUSTER ANALYSIS/MARKET SEGMENTATION** ................................. **66**
10.1  Cluster 1 - Young and Infrequent ............................................ 67
10.2  Cluster 2 – Law Enforcement and Competition ....................... 68
10.3  Cluster 3 – The Affluent Gun Enthusiast ................................ 69
10.4  Cluster 4 – Low Use Home Defenders ...................................... 70
10.5  Cluster 5 – Low Use Military Vets ........................................... 71

11  CROSS-TABULATION DATA ......................................................... 72

# 1   METHODOLOGY

The MSR Consumer Study employed an online survey methodology. With no database available of known MSR owners, NSSF promoted participation in this study via online banner ads on various websites, blogs and e-newsletters geared toward firearms ownership and hunting such as:

- AR-15.com e-newsletter
- Bushmaster Website and Facebook page
- DPMS Website and Facebook page
- Field & Stream blog
- Gun Digest website
- Guns and Ammo website
- NSSF Facebook page & Twitter post
- NSSF/GunBroker *Pull the Trigger* e-newsletter
- Remington Facebook page
- Smith & Wesson Facebook page & Twitter post
- 3-Gun Nation website and Facebook page
- Tapco website and Facebook page
- Winchester ammunition e-newsletter

A contest to win one of three $500 Cabela's gift cards was included as an incentive to complete the survey in full.  The term "Modern Sporting Rifle" was clearly defined as AR- or AK-platform rifles such as an AR-15, AR-10, AK-47 or other semi-automatic rifles with detachable magazines.  Photographs of both AR- and AK-platform MSR's were shown on the survey landing page.  To further pair down response to those that would correctly complete the survey, the survey's initial question asked "Do you own at least one Modern Sporting Rifle? (If you do not own a MSR but would still like to be entered in the contest, select "No".)  These safeguards narrowed the usable responses from 26,719 to 21,942.

This gives a very high confidence level. The Confidence Interval for the full "MSR Owner" sample ranges from +/- 0.29 percentage points to +/- 0.68 percentage points at the 95% confidence level. So, for example, if the survey shows 50% of MSR owners shoot at ranges, we can be confident 95 times out of 100 that the real value lies within +/- 0.68 percentage points so between 49.32% and 50.68%. Or to put it another way: Less than 5 times out of 100 would we expect to find a difference of more than 0.68 percentage points due to sampling.

Survey was live April and May 2013.

## 2   EXECUTIVE SUMMARY

In the spring of 2013, The National Shooting Sports Foundation (NSSF) contracted with Sports Marketing Surveys (SMS) of Jupiter, Florida to conduct a large consumer study to learn more about the growing category of MSR Modern Sporting Rifle (MSR) ownership. This survey was formatted to follow the 2010 MSR Consumer Report from NSSF and SMS first collaboration in 2010. In the 2013 survey, MSRs were specified as either an AR platform, AK platform or other semi-automatic rifle with a detachable magazine. Prior to the start of the survey, the NSSF gathered together a panel of industry leaders and experts from the manufacturing, retailing and law enforcement/military backgrounds to ensure that right questions were asked to provide the most amount of information possible.

The survey was conducted using an Internet based methodology. Links were posted on many of the popular consumer oriented web sites in the industry in order to solicit responses. An incentive was used in order to facilitate this process. At the end of the fielding period, well over 26,000 total responses were received of which over 21,942 came from MSR owners. This response was a significant increase from the 2010 study of 11,400 respondents. This large sample meant that we were able to perform a number of very specific survey cross tabs to look at some differences among MSR owners.

MSRs owners are predominantly male (99%). Over 75% of male MSR owners are married, of those married, more than half indicated their wife went target shooting with them and 14% own her own MSR. Even though only 1% of respondents were female, there appeared to be a large interest in MSRs and MSR related recreational shooting activities within the female population.

Most owners are older, with 61% over the age of 45 and most don't have children living in the home (58%). The more MSR's owned, the more likely they are to lock up their weapons.

35% reported having either military or law enforcement background. This is down from the 44% reported in 2010. Although the veteran status has increased slightly, the 2013 survey seemed to tap more into the civilian MSR population.

Although Range membership is down from 51% in 2010 to 48% in 2013, members have increased the usage of their MSRs compared to 2010. Range members tend to be older and have an income greater than $75,000. In regards to weapon and accessory purchase, the Range and Non-Range member have relatively the same habits with the exception of price. Over 60% are recent MSR buyers and plan on purchasing accessories in the next 12 months.

The rate of ownership has increased dramatically since 2010. Those who only own one MSR, 49% purchased their first in 2012 and 2013. Overall, 2012 was the highest (17%) for new ownership since prior to 1994. 91% of all MSR owners own at least one AR Platform weapon. Just over a quarter of owners report having 4 or more MSR's, with 14% being only AR Platforms. Most own only one AK Platform (67%). Those who one multiple MSR's (2 or more) tend to be more active with almost half of them hunting, 92% target shooting and 19% shoot in competitions with an MSR.

MSR ownership is not limited to one category of guns. Many MSR owners own at least one other non-MSR weapon. Handguns are the most popular at 90%, followed by the traditional rifle and shotgun (82%). Muzzleloaders (28%) and Paintball guns (15%) are less favorable. Those under the age of 35 are more likely to own a paintball gun and less likely to own a muzzleloader. Only 1% of MSR owners, whether a single or multiple owner, own only MSRs.

Over a third of MSR owners first gain interest in MSRs through a friend and a quarter through the military.  Most MSR owners target shoot with at least one other person (84%) which mimics the 2010 report. MSRs are mostly used for rifle target shooting (89%), either at a public range (52%) or private range (51%). Almost half of all MSR owners target shoot on family land, which could indicate target shooting as a family activity. 94% of MSR owners used at least one MSR in the past 12 months. Most (40%) used their MSR on average once a month. Frequency of use increases with number of MSR owned.

Most MSRs were bought from an independent retail store.  The average cost of a MSR was $1,058, $25 less than the average spent in 2010. .223/5.56mm was the prefer caliber for the AR Platform, where the AK platform was usual 7.62mm x 39mm caliber. Almost two thirds of MSR owners have at least a few accessories, added within 12 months of purchase, on their most recent MSR with an average of $400 dollars spent.

|                                       | 2010   | 2013   |
|---------------------------------------|--------|--------|
| **Average # MSRs Owned**              | 2.6    | 3.1    |
| **Average $ Spent on MSRs**           | $1,083 | $1,058 |
| **Average $ Spent on MSRs Accessories** | $436   | $381   |

*NOTE: 2013 NSSF Survey identified AR and AK platforms separately. 2010 NSSF Survey included AK but was tailored more toward the AR platform owner.

## 3   FAST FACTS

1. The average MSR owner is 35+ years old, married and has at least some college education. 54% have a HH income of $75,000+ and 57% do not have children living with them.
2. 66% of MSR owners that responded to the study own 2 or more MSRs.
3. Those who shoot more than 24 times a year are much more likely to own multiple MSRs.
4. MSR owners are more likely to own multiple AR platform MSRs than AK MSRs.
5. 26% of MSR owners purchased their first rifle in 2012 or 2013. Over a 1/3 of those who own 4 or more MSRs purchased their first MSR prior to 1994.
6. 9 out of 10 MSR owners owned a handgun prior to owning an MSR.
7. 33% of range members first gained interest in MSRs at a shooting range. Over a quarter of all MSR owners first gained interest in MSRs in the military.
8. 35% of MSR owners are current or former military/law enforcement.
9. Almost half of MSR owners are shooting range members and membership steadily increases with age and income.
10. 8 out of 10 MSR owners purchased their MSR new. Those who own only one MSRs are slightly more likely to purchase used than multiple MSR owners.
11. Showing this is a growth segment, 2/3 of all MSR owners obtained their most recent MSR in 2012 or 2013, while 7% received their most recent MSR in 2005 or earlier.
12. 55% of MSR owners paid under $1,000 for their MSR. Half of MSR owners who shoot 2+ times/ month paid $1,000 or more for their most recent MSR.
13. 36% of all MSR owners purchased their most recent MSR at an independent retail store or a gun show.
14. Most MSRs recently purchased were chambered in .223/5.56mm.
15. MSR owners consider accuracy and reliability to be the two most important things to consider when buying a MSR. Owners did not consider their friends/family having one to be important.
16. 79% of MSR owners have at least one accessory on their rifle or do not shoot "out of the box." Younger (under 35 years of age) shooters prefer to heavy accessorize their rifle. 62% of owners accessorize their rifle after their purchase but within 12 months after purchasing it.
17. Those most likely to spend $600+ on aftermarket customizations are: 4+ MSR owners, 2+ times/month shooters, under 35 year olds and those with $110k+ HH income.
18. 71% of MSR owners use a scope as their primary optic. Older shooters tend to use a scope as their primary optic whereas younger shooters use a red dot as a primary optic.
19. About half of all MSR owners use a 30-round magazine the most in their MSR. Younger MSR owners are more likely to use higher capacity magazines than older MSR owners.
20. 66% of MSR owners use a collapsible/folding stock but this usage rate decreases with age.
21. 3 out of 4 of the most recent MSRs purchased had flat top upper receivers.
22. MSR owners are pretty evenly split on having rails or not having rails on their MSR.
23. Black is the most popular finish color with 80% of owners saying their most recent MSR is black.
24. Of the most recent MSRs purchased, 62% had a threaded barrel, 57% had a flash hider, 58% had a 16" barrel, and 51% operate on a direct gas impingement.

25. Those most likely to purchase a MSR in the next 12 months are: 4+ MSR owners, 2+ times/month shooters, and between the ages of 45 to 54.

26. The 3 most owned accessories are: gun cleaning kit (93%), extra magazine (82%), and targets (81%). The top 3 that MSR owners intend to buy are: extra magazine, trigger upgrades and targets.

27. Recreational target shooting (8.9/10.0) was the #1 rated reason for owning a MSR in terms of importance. Home defense was 2nd at 8.2. Professional use/job related was the least important at 2.9.

28. 94% of owners have used their MSR in the last 12 months. Usage slightly decreases with age going from 96% usage rate for under 35's to 92% for those 65+.

29. 38% of MSR owners shoot their MSRs 12 times or more allually. 36% of reloaders shoot 12 times or more compared to 25% for non-reloaders.

30. 34% of MSR owners shot more than they did the previous year. Half said they shot the same amount compared to the previous year.

31. 26% of MSR owners reported shooting more in the past 12 months which is down from 34% reported in 2010.

32. 52% of owners shoot at a public range and 51% shoot a private range. Private range usage increases with age, income, number MSRs owned and shooting frequency.

33. 83% of all MSR owner keep their MSRs in a secure box when not in use.

34. MSR owners use "budget" factory loads 43% of the time while premium loads account for 29%, reloads 16%, and import ammo 12%. Those who shoot more often are much more likely to use reload.

35. 21% of owners shot more than 1,000 rounds out of their MSR in the last 12 months. 27% of range members and 16% of non-members shot more than 1,000 rounds in the last 12 months. 26% of all owners anticipate shooting more than 1,000 rounds in the next 12 months.

36. 42% of owners buy 500+ rounds of ammo at one time. Frequent shooters and multiple MSR owners are most likely to buy 500+ rounds at one time.

37. Just over a third of owners reload their ammo. Reloading is more popular with older shooters, range members and multiple MSR owners.

38. 7 out of 10 reloaders reload 40% of more of their ammo; 27% reload 90% or more.

39. The most popular distance to hunt/target shoot with an MSR is 100-300 yards with 58% of owners shooting at those distances. 33% shoot at less than 100 yards. Younger shooters tend to shoot at shorter distances than older shooters.

40. 17% of MSR owners go shooting alone which is down from 20% in 2010. Older (over 35 years of age) shooters are more likely than younger shooters to shoot alone.

41. 8 out of 10 MSR owners feel they have not been able to shoot their MSR as much as they would like in the last 12 months.

42. Lack of ammo available and the cost of ammo are the two main issues preventing MSR owners from shooting as much as they would like. The cost of ammo is much more important to younger shooters than it is to older shooters.

## 4 SAMPLE PROFILE

### 4.1 Overall profile of MSR owners

- N= 21,942



**Overall Sample Profile**

| | | |
|---|---|---|
| **Gender** | Male | 99% |
| | Female | 1% |
| **Age** | Under 35 | 17% |
| | 35 to 44 | 20% |
| | 45 to 54 | 25% |
| | 55 to 64 | 25% |
| | 65+ | 11% |
| **Income** | $45,000 and Under | 15% |
| | $45,001 to $75,000 | 25% |
| | $75,001 to $110,000 | 27% |
| | >$110,000 | 27% |
| **Education** | Some high school or less | 1% |
| | High school graduate or GED equivalent | 12% |
| | Some college but did not graduate | 28% |
| | Associate degree | 14% |
| | Bachelors degree | 27% |
| | Post -graduate degree | 14% |
| | Other professional degree | 5% |
| | Children in home | 42% |
| | No children in home | 57% |
| | Married | 75% |
| | Not Married | 25% |
| | Military/L.E. Background | 35% |
| | Non-Military/ L.E. | 65% |

## 4.2    Geo-Analysis

The following map shows the number of MSR owners per household that responded to the survey.



In terms of total respondents the following map shows a pushpin per respondent.



## 4.3 Range Membership

- 2012 N=21,942



## 4.4    Military / Law Enforcement Background

The following table shows the percentage of MSR owners that are active/veterans of military and law enforcement.

| Military / Law Enforcement | 2010 | 2013 |
|---|---|---|
| All MSR Owners | 7,372 | 21,942 |
| Military Background | 37% | 29% |
| L.E. Background | 15% | 11% |
| Either a Military or Law Enforcement Background | 44% | 35% |

For those with a military background, the following table shows the split between active/veteran and the branch of military.  Multiple selections allowedm figures may exceed 100%.

| Military Background | 2010 | 2013 |
|---|---|---|
| Military Active | 13% | 12% |
| Military Veteran | 87% | 90% |
| Military Branch | | |
| Army | 42% | 42% |
| Navy | 20% | 20% |
| Air Force | 21% | 21% |
| Marines | 14% | 15% |
| National Guard | 11% | 12% |
| Coast Guard | 3% | 2% |
| Reserves | 10% | 11% |

For those with a law enforcement background, the following table shows the split between active/veteran and the branch of law enforcement. Due to multiple responses, totals will not add up to 100%.  Multiple selections allowed, figures may exceed 100%.

| Law Enforcement | 2010 | 2013 |
|---|---|---|
| L.E. Active | 50% | 51% |
| L.E. Veteran | 50% | 51% |
| L.E. Branch | | |
| Local | 63% | 63% |
| State | 18% | 22% |
| Federal | 18% | 18% |
| Other | 12% | 9% |

## 5  MSR BUYING PROCESS

### 5.1  Number of MSRs owned

- 2010 N= 7,372
- 2012 N=21,942



- 35% of MSR owners own a single MSR.
- Over 30% reported owning 3 or more MSRs in both 2010 and 2013.



- The average number of AR Platforms owned is 2.12.
- The average number of AK Platforms owned is 1.68.

## 5.2 First MSR purchased

- N= 21,942



**When did you purchase/obtain your first MSR?**

- 9% of MSR owners first purchased an MSR in 2013.
- Those who own 4 or more MSRs have been owners for a long time, with 36% first buying prior to 1994.

## 5.3    Firearms owned prior to MSR ownership

- N= 21,942



### Which of the following did you purchase or own previous to owning a MSR?

**MSR's Owned**
- Total
- 1
- 2
- 3
- 4+

| | Total | 1 | 2 | 3 | 4+ |
|---|---|---|---|---|---|
| Handgun | 90% | 89% | 90% | 91% | 89% |
| Traditional Rifle | 82% | 79% | 82% | 85% | 84% |
| Shotgun | 82% | 79% | 82% | 84% | 83% |
| Muzzleloader | 28% | 26% | 28% | 30% | 31% |
| BB/Airgun | 64% | 61% | 64% | 67% | 67% |
| Paintball gun | 15% | 16% | 16% | 16% | 14% |
| None | 1% | 1% | 1% | 1% | 1% |

- 9 out of 10 MSR owners had a handgun before owning their MSR.

## 5.4    Interest gained in MSRs

- N= 21,942



### Where did you first gain interest in MSRs?

| Category | Total | 1 | 2 | 3 | 4+ |
|---|---|---|---|---|---|
| Own Personal Interest | 55% | 54% | 54% | 55% | 57% |
| Friend | 33% | 34% | 32% | 34% | 31% |
| Military | 28% | 26% | 28% | 30% | 29% |
| Shooting Range | 26% | 25% | 26% | 27% | 26% |
| Family Member | 19% | 18% | 18% | 19% | 20% |
| Magazines | 19% | 18% | 18% | 18% | 20% |
| Internet | 11% | 13% | 11% | 10% | 9% |
| Movies/TV | 8% | 7% | 7% | 7% | 9% |
| Job | 7% | 6% | 7% | 7% | 7% |
| Other | 4% | 4% | 4% | 5% | 6% |

**MSR's Owned**

- Total
- 1
- 2
- 3
- 4+

- Own personal interest, friends and military background were the most important influencers.

*Multiple response, total will not equal 100%

## 5.5 Most Recent Purchase

- N= 21,942



• 82% of most recent MSR purchases were an AR Platform.



- 82% of all MSR purchases were new.
- Less than 2% of all purchases of MSRs were for gifts.

## 5.6    Year of purchase

- N=21,942



- 29% of MSR owners obtained their most recent MSR in 2013.
- For those owning 4 or more MSRs, 38% obtained an MSR in 2013.

## 5.7  Price paid

- N= 21,942



**What was the initial price of your most recent MSR (new out of the box cost)?**

| MSR's Owned | |
|---|---|
| ■ Total | |
| ■ 1 | |
| ■ 2 | |
| ■ 3 | |
| ■ 4+ | |

**Under $500**: 9%, 10%, 9%, 9%, 8%

**$500 - $1,000**: 46%, 49%, 46%, 46%, 41%

**$1,001 - $1,500**: 29%, 29%, 31%, 29%, 29%

**$1,501 - $2,000**: 9%, 8%, 9%, 9%, 12%

**$2,001 - $2,500**: 3%, 2%, 3%, 4%, 5%

**$2,500 - $3,500**: 2%, 1%, 2%, 2%, 3%

**$3,500+**: 1%, 0%, 0%, 1%, 1%

**Don't Know**: 1%, 2%, 1%, 1%, 1%

> *Total Average Spent*
> 2010:   $1,083
> 2013:   $1,058

> *Average Spent by MSR Type*
> AR:   $1,112
> AK:   $711

- 55% of MSR owners paid under $1,000 for their most recent MSR.
- The more MSR's owned, the more likely the owner would pay more for another gun.

## 5.8    Place of purchase

- N= 21,942



**Where did you buy your most recently acquired MSR?**

| | Any | AR Platform | AK Platform | Other |
|---|---|---|---|---|
| Independent Retail Store | 36% | 36% | 34% | 34% |
| Internet Website | 19% | 18% | 25% | 22% |
| Chain or Big Box Retail Store | 11% | 11% | 6% | 10% |
| Different Parts Purchases | 9% | 11% | 1% | 1% |
| Gun Show | 8% | 7% | 13% | 8% |
| Purchased as a Kit | 3% | 3% | 4% | 1% |
| Received as Gift | 2% | 2% | 3% | 4% |
| Direct Mail Catalog | 1% | 1% | 1% | 1% |
| Other | 12% | 12% | 14% | 19% |

☐
☐

- Independent retail accounted for 36% of all recent MSR purchases.

- For the "other" responses, 1) Individual/Private Sale/Face to Face, 2) Purchased from friend or family, 3) Custom built/parts from a variety of sources were the top three purchasing sources.

## 5.9    Reasons for purchase

How important were each of the following reasons for buying your most recent MSR?

- On a scale of 1=Not at all important to 10=Very important

| Top 5 Reason for buying their most recent MSR | | | |
|---|---|---|---|
| | **Total** | **Military/L.E.** | **Non-Military/L.E.** |
| **Reliable** | 9.01 | 9.10 | 8.96 |
| **Accuracy** | 8.77 | 8.88 | 8.72 |
| **Reputation of Manufacturer** | 8.27 | 8.32 | 8.24 |
| **Fits Body Type/Good Ergonomics** | 8.23 | 8.32 | 8.18 |
| **Easy to Shoot** | 8.11 | 8.13 | 8.09 |





## Reasons purchase MSR Year Comparison
### (1=Not Important to 10=Very Important)

■ 2010  ■ 2013

| | 2010 | 2013 |
|---|---|---|
| Reliable | 8.93 | 9.01 |
| Accuracy | 9.05 | 8.77 |
| Reputation of Manufacturer | 8.30 | 8.27 |
| Good Ergonomics/Fits Body Type | 8.10 | 8.23 |
| Easy to Shoot | 7.85 | 8.11 |
| Availability of Parts | 8.08 | 7.90 |
| Availability of Ammunition | 8.10 | 7.73 |
| Ability to Accessorize | 7.52 | 7.39 |
| Aesthetically Pleasing | 6.95 | 7.31 |
| Low Cost of Ammunition | 6.59 | 7.10 |
| Price | 6.72 | 6.96 |
| Light Weight | 6.78 | 6.79 |
| To Avoid Any Future Ban | 7.31 | 6.75 |
| Low Recoil | 6.07 | 6.41 |
| To Shoot Competitively | 5.02 | 5.60 |
| Taught to Use in Military/L.E. | 3.90 | 4.36 |
| Recommended by Retailer | 3.50 | 4.17 |
| My Friends/Family Had One | 3.45 | 3.97 |

# 6 MSR AND ACCESSORY SPECIFICATION

## 6.1 MSR Caliber

- N= 21,942



- Over half of recent MSR purchases were chambered in .223 / 5.56mm.



## 6.2    Level of accessories

- N= 21,942



### I would consider my most recent MSR as I currently use it to be:

**Have a Few Accessories (1~3)**
- 64%
- 64%
- 65%
- 64%
- 62%

**Out of the Box (No Accessories)**
- 19%
- 21%
- 19%
- 18%
- 18%

**Heavily Accessorized (4+ )**
- 17%
- 15%
- 16%
- 18%
- 20%

**MSR's Owned**
- ■ Total
- ■ 1
- ■ 2
- ■ 3
- ■ 4+

*Few 1-3 Accessories*
*2010:    64%*
*2013:    64%*

- Multiple MSR owners tend to accessorize their MSRs to a greater extent.
- Only 19% of MSRs were operated "out of the box" with no accessories.
- Almost Two thirds of MSRs had 1-3 accessories fitted.

## 6.3 When accessorized

- N= 21,942



**When did you add your accessories to your MSR?**

Post Purchase (within 12 months)
- 62%
- 58%
- 62%
- 64%
- 64%

At Time of Purchase
- 19%
- 18%
- 18%
- 19%
- 20%

Post Purchase (after 12 months)
- 10%
- 13%
- 11%
- 9%
- 7%

Not Applicable
- 16%
- 18%
- 16%
- 15%
- 15%

MSR's Owned
- Total
- 1
- 2
- 3
- 4+

- 19% of MSRs were accessorized at the time of purchase.
- Just under two thirds of MSR owners accessorized within the first 12 months of purchase.

*Multiple Response, total will not equal 100%

## 6.4  Amount spent on accessories

- N= 21,942



- 24% of MSR owners spent $600 or more on accessories for their most recent MSR purchase. This rose to 34% for those owning 4 or more MSRs.

*Averaged Spent per MSR*
*AR: $403*
*AK: $292*

## 6.5    Optics

- N= 21,942

The following table shows the optics fitted to the most recent MSR purchases:

|  | Primary | | Secondary | |
|---|---|---|---|---|
|  | 2010 | 2013 | 2010 | 2013 |
| Iron sights | 27% | 33% | 41% | 51% |
| Scope | 42% | 37% | 7% | 7% |
| Red dot | 28% | 26% | 9% | 7% |
| Laser designator | 2% | 1% | 7% | 3% |
| Other | 1% | 1% | 1% | 0% |
| NONE | 0% | 2% | 35% | 31% |
|  | 100% | 100% | 100% | 100% |

## 6.6    Scope

What type of Scope?

- 2013 N= 9,699



- 3-9x power is the most popular scope with 33%.
- A quarter of MSRs have 1-4x power scopes.



## 6.7  Magazine capacity

Which magazine capacity do you use the most in your most recent MSR?

- 2013 N= 21,942



- 56% of all MSR owners use 30+ round capacity magazines in their most recent MSR purchase.
- The next most popular magazine capacity is 20 round.

## 6.8 Stock type

- 2010 N= 7,372
- 2013 N= 21,942



- Over 66% of MSR owners in 2013 used a collapsible/folding stock.

## 6.9 Upper receiver

- 2010 N= 7,372
- 2013 N= 21,942



- Nearly 7 out of 10 of the most recent MSRs purchased had flat top upper receivers.

## 6.10   Hand guard

- 2010 N= 7,372
- 2013 N= 21,942



- MSR owners seem to prefer hand guards with rails (53%) than without (38%), whether standard or free floating.

## 6.11   Finish color



- Black is by far the most popular finish color with 80% of recent MSRs.

## 6.12 Barrel and Operation

Thinking of your most recent MSR purchase:

- 2010 N= 7,372
- 2013 N= 21,942









- 62% of most MSRs had a threaded barrel, 57% had a flash hider, 58% had a 16" barrel and 51% operated on direct gas impingement.

## 7 FUTURE PURCHASE INTENTIONS

### 7.1 Likelihood of buying a new MSR in next 12 months

- N= 21,942
- On a scale of 1=Not at all important to 10=Very important



The most likely sub-groups to buy a new MSR in the next 12 months were:

- Multiple MSR owners
- Frequent users
- The under 44s
- The more affluent groups

## 7.2    Currently own and likely to buy

- 2010 N= 7,372
- 2013 N= 21,942

| | Currently Own (% of respondents) | | Plan to buy in next 12 months (% of respondents) | |
|---|---|---|---|---|
| | 2010 | 2013 | 2010 | 2013 |
| Gun Cleaning Kit | - | 93% | - | 7% |
| Targets | - | 82% | - | 21% |
| Extra Magazines | - | 81% | - | 25% |
| Rifle Sling | 81% | 78% | 12% | 17% |
| Soft Carrying Case | 70% | 78% | 10% | 9% |
| Gun Safe | - | 75% | - | 15% |
| Gun Lock | - | 71% | - | 2% |
| Hard Carrying Case | 61% | 69% | 10% | 8% |
| Mounted Rifle Scop | 68% | 65% | 16% | 20% |
| Backup Iron Sights | 59% | 61% | 10% | 11% |
| Tactical Flashlight | 58% | 55% | 16% | 20% |
| Railed Handguard | 51% | 54% | 15% | 15% |
| Bipod | 51% | 49% | 17% | 19% |
| Spotting Scope | 52% | 47% | 18% | 16% |
| Vertical Foregrip | 40% | 44% | 15% | 15% |
| Stock Upgrade | 39% | 41% | 15% | 17% |
| Tactical Apparel | 37% | 34% | 11% | 14% |
| Range Finder | 32% | 33% | 23% | 20% |
| Trigger Upgrade | 33% | 32% | 24% | 22% |
| Laser Optic | 26% | 28% | 17% | 19% |
| Laser Designator | 10% | 16% | 10% | 10% |
| Night Vision | 10% | 10% | 10% | 17% |
| Sound Suppressor | 6% | 7% | 19% | 20% |

*5 new categories were added in the 2013 survey

Top 5 most owned:

1. Gun Cleaning Kit
2. Targets
3. Extra Magazines
4. Rifle Sling
5. Soft Carrying Case

Top 5 most likely to buy in next 12 months:

1. Extra Magazine
2. Trigger Upgrade
3. Targets
4. Mounted Rifle Scope
5. Tactical Flashlight

# 8 MSR USAGE

## 8.1 Reasons for owning a MSR

- 2013 N= 21,942



**Please rank the following reasons for owning a MSR.
(1=Not Important to 10=Very Important)**

Multiple (4+) MSR owners gave higher importance ratings for:

- Recreational Target Shooting
- Home Defense
- Collecting
- Varmint Hunting

| Top 3 Reasons | |
|---|---|
| **2010** | **2013** |
| Rec Target Shooting: 8.91 | Rec Target Shooting: 8.99 |
| Home Defense: 7.74 | Home Defense: 8.15 |
| Collecting: 6.28 | Collecting: 7.05 |



Please rank the following reasons for owning a MSR.
(1=Not Important to 10=Very Important)

| Reason | Range Member | Non-Member |
|---|---|---|
| Recreational Target Shooting | 9.10 | 8.88 |
| Home Defense | 8.07 | 8.23 |
| Collecting | 7.09 | 7.01 |
| Varmint Hunting | 6.40 | 6.62 |
| Competition Shooting | 5.80 | 4.51 |
| Big Game Hunting | 4.64 | 4.86 |
| Professional Use/Job Related | 2.92 | 2.87 |



Please rank the following reasons for owning a MSR.
(1=Not Important to 10=Very Important)

| Reason | Military/L.E. Background | Non-Military/ L.E. |
|---|---|---|
| Recreational Target Shooting | 8.86 | 9.05 |
| Home Defense | 8.35 | 8.04 |
| Collecting | 6.94 | 7.1 |
| Varmint Hunting | 6.44 | 6.56 |
| Competition Shooting | 5.26 | 5.06 |
| Big Game Hunting | 4.82 | 4.72 |
| Professional Use/Job Related | 3.84 | 2.39 |



Please rank the following reasons for owning a MSR.
(1=Not Important to 10=Very Important)

Recreational Target Shooting: 8.83, 8.99, 9.12, 9.20

Home Defense: 8.02, 8.09, 8.29, 8.42

Collecting: 7.01, 7.00, 7.04, 7.25

Varmint Hunting: 5.77, 6.44, 6.90, 7.48

Competition Shooting: 4.41, 4.98, 5.53, 6.26

Big Game Hunting: 4.16, 4.63, 5.00, 5.74

Professional Use/Job Related: 2.52, 2.76, 3.02, 3.67

# Times Used an MSR in the Last 12 months
- 3 times or less
- 4 to 11 times
- 12 to 23 times
- More than 24 times

Avid users gave significantly higher importance ratings for:

- Competition Shooting
- Varmint Hunting
- Big Game Hunting

## 8.2   Usage

Have you used a MSR in the last 12 months?

- N= 21,942







- Usage patterns were very similar across most sub-groups. Younger, range members and multiple MSR owners tended to use their MSRs more.

## 8.3    Frequency of usage

Approximately how many times in the last 12 months have you used your MSRs?



- The average number of times used among all MSR users was 16.5 in the last 12 months.



Usage frequency was higher among:

- Range members
- Multiple MSR owners.

## 8.4 Able to Use as Often as Like

- N= 21,492



- Over 80% of all MSR owners reported not shooting their MSR as often as they would like.



How important are each of the following in preventing you from shooting your MSR more often?

- The lack of ammunition available was the main reason for the majority of all MSR's owners report for not using their MSR as often as they like.

| Top Main Reasons for Not Shooting | |
| --- | --- |
| *2010* | *2013* |
| 1. Not Enough Free Time | 1. Lack of Ammunition |
| 2. Cost of Ammunition | 2. Cost of Ammunition |
| 3. Distance to Travel | 3. Not Enough Free Time |
| 4. No One to Go with | 4. Cost of Range Fees |

## 8.5  Year/Year MSR Usage

- 2010 N= 7,372
- 2013 N= 21,942



**Did you shoot your MSRs more, less or about the same in the last 12 months compared to the year before?**

■ 2010  ■ 2013

- MSR owners reported decrease in usage in the last 12 months compared to 2010 participants who reported 34% increase of usage.
- In both 2010 and 2013 survey, almost 50% of MSR owners reported shooting about the same.



**Shooting Frequency Change by Number of MSRs Owned**

- Single MSR owners reported an increase of shooting frequency in the past 12 months than multi MSR owners.



- Non-Range members were more likely to have decreased their usage over the last 12 months compared to the previous year.

## 8.6 Venues used MSR

- 2010 N= 7,372
- 2013 N= 21,942

© 2013 NSSF



## Venue Used MSR by Number MSR Owned



Multiple MSR owners were relatively more likely to shoot:

- At private range
- Competition
- At a paid course/training academy



## Venues Used by Range Member vs Non-Member

| | Total | Range Member | Non-Member |
|---|---|---|---|
| Target Shoot at Public Range | 52% | 56% | 48% |
| Target Shoot at Private Range | 51% | 69% | 33% |
| Target Shoot on My/Family land | 41% | 33% | 48% |
| Target Shoot on Friends Land | 32% | 30% | 35% |
| While Hunting on Private Land | 26% | 25% | 27% |
| While Hunting on Public Land | 12% | 12% | 12% |
| Competition Shooting | 10% | 17% | 4% |
| At Paid Course/Training Academy | 6% | 9% | 4% |
| While at Work | 5% | 6% | 5% |
| Other | 3% | 2% | 4% |
| In Military | 2% | 2% | 2% |

- Non-Members were more likely to target shoot on their/family land than range members.
- Range members were more involved in competition shooting more than a non-member.

## Venues Used by Frequency of MSR Use



- Avid users (shooting 24+ times a year) were more likely to target shoot at a private range and their/family land, more likely to engage in competition shooting and more likely to work in a field in which they use their MSR.

## 8.7    MSR Storage

When not in use, do you typically store your MSR in a secure gun storage or safety device such as a safe, gun safe or lock box that is designed to be unlocked only by means of a key or combination?

- N= 21,942

### Store MSRs in a Secure Box by Number of MSRs Owned



- 83% of all MSR owners kept their MSR(s) locked in a safety device when not in use.
- Those owners who only have one MSR tend to not keep their MSR locked up.

## 8.8 Ammo used

What is the percentage breakdown of the ammunition you used in the last 12 months for your MSR?

- 2010 N= 7,372
- 2013 N= 21,942



- Budget factory loads are used 43% of the time with premium loads accounting for 29% which is up from 2010 25%.

## 8.9 Number of rounds fired in last 12 months and projected use

- 2010 N= 7,372
- 2013 N= 21,942

|  | Last 12 Months | | Next 12 Months | |
|---|---|---|---|---|
|  | 2010 | 2013 | 2010 | 2013 |
| None | 6% | 0% | 0% | 2% |
| 1-50 | 2% | 4% | 2% | 3% |
| 51 - 100 | 5% | 7% | 4% | 5% |
| 101 - 200 | 10% | 12% | 8% | 10% |
| 201 - 400 | 16% | 18% | 14% | 16% |
| 401 - 600 | 17% | 16% | 17% | 18% |
| 601 - 800 | 8% | 7% | 9% | 7% |
| 801 - 1,000 | 12% | 11% | 15% | 14% |
| 1,001 - 3,000 | 20% | 15% | 22% | 18% |
| 3,001 - 5,000 | 5% | 4% | 6% | 5% |
| 5,001 - 10,000 | 2% | 1% | 3% | 2% |
| 10,001 + | 0.4% | 0.4% | 1% | 1% |

- The average number of rounds fired decreased to 947 in 2013 from 1,056 in 2010.

## 8.10 Ammo buying

- 2010 N= 7,372
- 2013 N= 21,942



- The amount of ammunition bought tends to stay consistent.



- 42% of owners buy 500+ rounds at one time, which increased to 59% for multiple MSRs owners.

## 8.11 Reloading

Do you reload your own ammunition?

- 2010 N= 7,372
- 2013 N= 21,942





- Overall, 38% of MSR owners reload their own ammunition. This rises to 52% for multiple MSR owners.

What percentage of total ammunition do you reload?

- 2010 N=3,108
- 2013 N= 8,338



## % Total Ammunition Reload Year Comparision

■ 2010  ■ 2013

- 66%of reloaders reload 50% or more of their ammo, 27% reload 90%of more.

## 8.12 Ammunition storage

Approximately how many rounds of ammunition do you keep on hand/own for your MSRs?

- N= 21,942



- 62% of MSR owners keep 500+ rounds of ammunition on hand.

*Average kept on hand*
*2013: 746*



## Rounds of Ammo on Hand by Number of MSRs Owned

**1 -100**
- Total: 5%
- 1: 10%
- 2: 5%
- 3: 3%
- 4+: 1%

**101 - 200**
- Total: 8%
- 1: 12%
- 2: 8%
- 3: 5%
- 4+: 3%

**201 - 300**
- Total: 8%
- 1: 12%
- 2: 8%
- 3: 6%
- 4+: 4%

**301 - 400**
- Total: 5%
- 1: 7%
- 2: 6%
- 3: 4%
- 4+: 2%

**401 - 500**
- Total: 11%
- 1: 13%
- 2: 12%
- 3: 9%
- 4+: 7%

**501 - 1,000**
- Total: 21%
- 1: 23%
- 2: 24%
- 3: 23%
- 4+: 16%

**1,001 +**
- Total: 41%
- 1: 21%
- 2: 36%
- 3: 48%
- 4+: 66%

**None**
- Total: 1%
- 1: 1%
- 2: 1%
- 3: 1%
- 4+: 1%

Legend: Total, 1, 2, 3, 4+

- Multiple MSR owners tend to keep more ammunition on hand.

## Rounds of Ammo on Hand by Frequency of MSR Usage



- The more often a MSR owner uses his/her MSR, the more ammunition they tend to keep on hand.

When not in use, do you typically store you MSR ammunition in a secure storage or safely device such as a safe, gun safe or lock box that is designed to be unlocked only by means of a key or a combination?

- N= 21,723 (the number of MSR owners who keep ammunition on hand)



- 69% of all MSR owners kept their ammunition in a secure box.

## 8.13   MSR shooting distance

- N= 21,942



- The most popular distance to fire MSRs was 100-300 yards. Multiple MSR owners tend to shoot slightly longer distance.

## 8.14   Who do you MSR shoot with

- N= 21,749



- 17% of MSR owners shoot alone, down from 20% in 2010.
- The most popular shooting party size was 2 with 44% in 2010 and 45% in 2012 of occasions.



Does your wife participate in MSR activities?

- Of the Male MSR owners who are married (75%), 59% state that their wife goes target shooting with them.
- Multiple selections allowed, results will exceed 100%.

## 8.15  Other firearm shooting activity

|  | Other Firearm | | MSR | |
|---|---|---|---|---|
|  | 2010 | 2013 | 2010 | 2013 |
| **Handgun Target Shooting** | 72% | n/a | 0% | 0% |
| **Hunting Big Game** | 37% | 38% | 13% | 14% |
| **Skeet Shooting** | 34% | n/a | 0% | 0% |
| **Rifle Target Shooting** | 32% | 42% | 86% | 89% |
| **Hunting Small Game** | 31% | 33% | 23% | 23% |
| **Sporting Clays** | 30% | n/a | 0% | 0% |
| **Trap Shooting** | 30% | n/a | 0% | 0% |
| **Hunting Varmint** | 19% | 22% | 37% | 37% |
| **Competition Shooting** | 11% | 9% | 14% | 15% |

- MSR owners participated in a wide variety of other shooting and hunting activities with other firearms. Nearly three quarters also participated in handgun target shooting. Around a third took part in big game hunting, skeet shooting, rifle target shooting, small game hunting and trap shooting.

# 9 PROFILES

## 9.1 Single MSR owners vs multiple MSR owners

Multiple MSR owners are relatively more likely to be:

- A range member
- A frequent or avid user
- From a military background
- 45 or older
- Earn over $75,000
- No children at home
- Competition shooter
- Hunt using the MSR
- Recent MSR buyer
- Heavily accessorized MSR
- High spend on MSR and accessories

© 2013 NSSF

## 9.2    Range Member vs Non-Range Member



**Profile - Range Member vs Non-Range Member**

Range members are relatively more likely to be:

- Own multiple MSRs
- An avid MSR user
- Age over 45
- Income over $75K
- Educated
- Have no children at home

- A target shooter
- A recent MSR buyer
- High spend on MSR and accessories
- Premium MSR buyer
- Plan to buy accessories in the next 12 months

## 9.3    Infrequent MSR User vs Avid User



### Profile - Infrequent (<3x) vs Avid (+24x) MSR User

Avid MSR users are relatively more likely to be:

- Own multiple MSRs
- A range member
- Military background
- Age 45 and over
- Competition shooter, hunters and use MSR for work/law enforcement

- A recent MSR buyer
- High spend on accessories
- Heavily accessorized MSR

## 9.4    Target Shooters vs Hunters



**Profile - Target Shooters vs Hunters**

| | Target Shoot MSR | Hunting Using MSR |
|---|---|---|
| Own 1 MSR | 32% | 28% |
| Own 2+ MSR | 67% | 71% |
| Range Member | 49% | 48% |
| Non-Range Member | 50% | 52% |
| Infrequent User | 20% | 11% |
| 4 to 11 Times | 40% | 36% |
| 12 to 23 Times | 20% | 24% |
| Avid User | 19% | 28% |
| Military/L.E. Background | 35% | 35% |
| Non-Military/ L.E. | 65% | 65% |
| Under 35 | 18% | 18% |
| 35 to 44 | 21% | 21% |
| 45+ | 61% | 60% |
| Up to $75K | 40% | 42% |
| >$75,000 | 56% | 54% |
| Less than a Bachelors | 54% | 57% |
| Bachelors + | 45% | 43% |
| Children in home | 43% | 45% |
| No children in home | 56% | 54% |
| Target Shoot MSR | 100% | 96% |
| Competition Shoot | 17% | 19% |
| Hunting Using MSR | 45% | 100% |
| Use MSR for Work/Law | 5% | 6% |
| Not Used MSR Last 12 Months | 2% | 1% |
| Recent Buyer | 65% | 64% |
| Premium MSR Buyer (>$1500) | 15% | 16% |
| Heavily Accessorised MSR | 18% | 19% |
| High Spend Accessories | 25% | 28% |
| Very Likely to Buy New MSR | 18% | 15% |
| Plan to Buy Accessories | 77% | 75% |

Target shooters and hunters have very similar profiles. Hunters are slightly more likely to be:

- Multiple MSR owners
- Not be a member of a range
- Less well educated
- Be an avid user
- More likely to buy an MSR in the next 12 months

### 9.5 Owners who haven't use their MSRs



## Profile - Non-Users

| | All MSR Owners | Haven't Used MSR last 12 Months |
|---|---|---|
| Own 1 MSR | 34% | 57% |
| Own 2+ MSR | 65% | 41% |
| Range Member | 48% | 29% |
| Non-Range Member | 52% | 71% |
| Infrequent User | 20% | 0% |
| 4 to 11 Times | 38% | 0% |
| 12 to 23 Times | 19% | 0% |
| Avid User | 17% | 0% |
| Military/L.E. Background | 35% | 31% |
| Non-Military/ L.E. | 65% | 69% |
| Under 35 | 17% | 10% |
| 35 to 44 | 20% | 17% |
| 45+ | 62% | 71% |
| Up to $75K | 40% | 45% |
| >$75,000 | 55% | 49% |
| Less than a Bachelors | 54% | 56% |
| Bachelors + | 45% | 43% |
| Children in home | 42% | 38% |
| No children in home | 57% | 61% |
| Target Shoot MSR | 25% | 89% |
| Competition Shoot | 15% | 3% |
| Hunting Using MSR | 42% | 9% |
| Use MSR for Work/Law | 5% | 0% |
| Not Used MSR Last 12 Months | 6% | 100% |
| Recent Buyer | 64% | 57% |
| Premium MSR Buyer (>$1500) | 15% | 13% |
| Heavily Accessorised MSR | 17% | 8% |
| High Spend Accessories | 24% | 10% |
| Very Likely to Buy New MSR | 19% | 31% |
| Plan to Buy Accessories | 76% | 71% |

Non-MSR users are relatively more likely to be:

- Single MSR owners
- Non-range member
- Age over 45
- No children at home
- Have fewer accessories
- Spend less on MSR
- Less likely to buy in the next 12 months.

## 9.6    Premium Buyers



### Profile - Premium Buyers (>$1500)

| | All MSR Owners | Premium MSR Buyer (>$1500) |
|---|---|---|
| Own 1 MSR | 34% | 24% |
| Own 2+ MSR | 65% | 75% |
| Range Member | 48% | 54% |
| Non-Range Member | 52% | 45% |
| Infrequent User | 20% | 18% |
| 4 to 11 Times | 38% | 32% |
| 12 to 23 Times | 19% | 21% |
| Avid User | 17% | 23% |
| Military/L.E. Background | 35% | 33% |
| Non-Military/ L.E. | 65% | 67% |
| Under 35 | 17% | 18% |
| 35 to 44 | 20% | 23% |
| 45+ | 62% | 58% |
| Up to $75K | 40% | 30% |
| >$75,000 | 55% | 66% |
| Less than a Bachelors | 54% | 48% |
| Bachelors + | 45% | 52% |
| Children in home | 42% | 42% |
| No children in home | 57% | 57% |
| Target Shoot MSR | 89% | 90% |
| Competition Shoot | 15% | 21% |
| Hunting Using MSR | 42% | 44% |
| Use MSR for Work/Law | 5% | 6% |
| Not Used MSR Last 12 Months | 6% | 5% |
| Recent Buyer | 64% | 79% |
| Premium MSR Buyer (>$1500) | 15% | 100% |
| Heavily Accessorised MSR | 17% | 25% |
| High Spend Accessories | 24% | 53% |
| Very Likely to Buy New MSR | 19% | 17% |
| Plan to Buy Accessories | 76% | 77% |

Premium buyers are relatively more likely to be:

- A range member
- Own multiple MSRs
- Avid users
- Use their MSR in Target shooting
- Be a recent MSR buyer
- High spend on accessories

## 9.7 Owners of Heavily Accessorized MSR Owners



### Profile - Heavily Accessorized (4+) MSR Owners

Owners of heavily accessorized MSRs are relatively more likely to be:

- A range member
- Own multiple MSRs
- Avid users
- Use MSR for work
- Premium MSR buyer
- Very likely to buy MSR in the next 12 months.

## 9.8    Likely MSR Buyers



**Profile - Likely MSR Buyers**

Legend:
- ■ All MSR Owners
- ■ Very Likely to Buy New MSR

| Category | Very Likely to Buy New MSR | All MSR Owners |
|---|---|---|
| Own 1 MSR | 34% | 46% |
| Own 2+ MSR | 65% | 54% |
| Range Member | 48% | 46% |
| Non-Range Member | 52% | 53%/54% |
| Infrequent User | 20% | 27% |
| 4 to 11 Times | 38% | 39% |
| 12 to 23 Times | 19% | 14% |
| Avid User | 17% | 10% |
| Military/L.E. Background | 35% | 35% |
| Non-Military/ L.E. | 65% | 65%/65% |
| Under 35 | 17% | 12% |
| 35 to 44 | 20% | 16% |
| 45+ | 62% | 71% |
| Up to $75K | 40% | 42% |
| >$75,000 | 55% | 52% |
| Less than a Bachelors | 54% | 52% |
| Bachelors + | 45% | 48% |
| Children in home | 42% | 36% |
| No children in home | 57% | 63% |
| Target Shoot MSR | 89% | 83% |
| Competition Shoot | 15% | 11% |
| Hunting Using MSR | 42% | 33% |
| Use MSR for Work/Law | 5% | 4% |
| Not Used MSR Last 12 Months | 6% | 10% |
| Recent Buyer | 64% | 54% |
| Premium MSR Buyer (>$1500) | 15% | 13% |
| Heavily Accessorised MSR | 17% | 14% |
| High Spend Accessories | 24% | 18% |
| Very Likely to Buy New MSR | 100% | 19% |
| Plan to Buy Accessories | 76% | 63% |

Likely MSR buyers are relatively more likely to be:

- A range member
- Own multiple MSRs
- Avid users
- Age under 45
- Income >$75K
- Children at home
- Recent buyer and high accessory spender

## 9.9 Likely Accessory Buyers



**Profile - Likely Accessory Buyers**

|  | All MSR Owners | Plan to Buy Accessories Next 12 Months |
|---|---|---|
| Own 1 MSR | 34% | 35% |
| Own 2+ MSR | 65% | 64% |
| Range Member | 48% | 47% |
| Non-Range Member | 52% | 53% |
| Infrequent User | 20% | 20% |
| 4 to 11 Times | 38% | 38% |
| 12 to 23 Times | 19% | 19% |
| Avid User | 17% | 17% |
| Military/L.E. Background | 35% | 34% |
| Non-Military/ L.E. | 65% | 66% |
| Under 35 | 17% | 19% |
| 35 to 44 | 20% | 22% |
| 45+ | 62% | 58% |
| Up to $75K | 40% | 41% |
| >$75,000 | 55% | 55% |
| Less than a Bachelors | 54% | 54% |
| Bachelors + | 45% | 45% |
| Children in home | 42% | 44% |
| No children in home | 57% | 55% |
| Target Shoot MSR | 89% | 90% |
| Competition Shoot | 15% | 15% |
| Hunting Using MSR | 42% | 42% |
| Use MSR for Work/Law | 5% | 5% |
| Not Used MSR Last 12 Months | 6% | 6% |
| Recent Buyer | 64% | 69% |
| Premium MSR Buyer (>$1500) | 15% | 15% |
| Heavily Accessorised MSR | 17% | 17% |
| High Spend Accessories | 24% | 23% |
| Very Likely to Buy New MSR | 19% | 16% |
| Plan to Buy Accessories | 76% | 100% |

- The profile of likely accessory buyers is very similar to the overall profile of MSR owners indicating the high potential across all sub-groups.

## 9.10 Military vs Non-Military

MSR owners with a military background are relatively more likely to be:

- Range members
- Age 45+
- Higher income
- Slightly less well educated
- Multiple MSR owner

© 2013 NSSF

## 10 CLUSTER ANALYSIS/MARKET SEGMENTATION

Explanation of Cluster Analysis/Market Segmentation Analysis

A Cluster Analysis or Market Segmentation as it is more commonly referred to is a concept that was developed to help marketers identify specific consumer groups based on a specific set and sub-set of demographic and specific product usage patterns. Market segmentation means dividing the market into distinct groups of individual segments or clusters with similar wants or needs and behaviors. A market segment or cluster is a sub-set of a people, in this case MSR owners with one or more characteristics that cause them to demand similar product and/or services based on qualities of those products such as usage activity and demographics. A true market segment meets all of the following criteria: it is distinct from other segments (different segments have different needs), it is homogeneous within the segment (exhibits common needs); it responds similarly to a market stimulus and media.

Using a cluster analysis technique and the following variables:

- Age
- Reasons for owning
- What is your estimated yearly household income?
- How many MSRs do you own?
- Law Enforcement or Military

We established 5 clusters:

1. Young Hunters
2. Law Enforcement and Competition
3. Affluent Gun Enthusiast
4. Low Use Home Defenders
5. Low Use Military Vets



How to Read the Cluster Charts
In all of the cluster charts the sample profile is 0. An index of +20 means the cluster is 20% more likely to exhibit that behavior. So for example Cluster 1 is 21% more likely to own a single MSR and 15 less likely to own multiple MSRs.

## 10.1  Cluster 1 - Young and Infrequent



**1. Young Hunters**

Index (All AR/AK Owners = 0)

| | |
|---|---|
| Own 1 MSR | 33 |
| Own 2+ MSRs | -18 |
| Range member | -14 |
| Non-member Range | 13 |
| Infrequent user | 5 |
| 4-11 times | 3 |
| 12-23 times | 3 |
| Avid user | -11 |
| Military | -91 |
| Non-Military | 38 |
| Law enforcement | -96 |
| Non-Law Enforcement | 13 |
| Age - Under 35 | 83 |
| Age - 35-44 | 21 |
| Age - 45+ | -32 |
| Income - up to $75K | 29 |
| Income - $>$75K | -21 |
| Education - Bachelors or higher | 10 |
| Education - Less than Bach. | -13 |
| Children in home | 8 |
| No children in home | -6 |
| Motivation - home defense | 9 |
| Motivation - hunting | 37 |
| Motivation - target | 15 |
| Motivation - pro/job related | -94 |
| Motivation - competitor | 4 |
| Usage - Target shoot MSR | 1 |
| Usage - Competition shoot | -27 |
| Usage - Hunt using MSR | 19 |
| Usage - work/law enforcement | -64 |
| Usage - not used last 12 months | -12 |
| Recent buyer | 0 |
| Premium MSR buyer (>$1500) | 3 |
| Heavily accessorised MSR | 6 |
| High spend accessories | -10 |
| Very likely to buy MSR in next 12 months | 0 |
| Plan to buy accessories next 12 months | 8 |

Young and Infrequent make up 28% of MSR owners. They tend to be:

- Non-military
- Age under 35
- Well educated
- To purchase an MSR for hunting
- Less likely to buy an MSR in the next 12 months
- Less likely to work in the law enforcement field

## 10.2 Cluster 2 – Law Enforcement and Competition



Law Enforcement and Competition make up 14% of MSR owners. They tend to be:

- Avid, multiple MSR owners
- Military background
- Age under 35
- Competition shooters
- Go hunting
- Use MSR for work.

## 10.3    Cluster 3 – The Affluent Gun Enthusiast



The Affluent Gun Enthusiast accounts for 16% of MSR owners. They tend to be:

- Age under 45
- Lower income
- Likely to buy MSR
- Less well educated
- Hunters.

## 10.4 Cluster 4 – Low Use Home Defenders

Low Use Home Defenders account for 23% of all MSR owners. They tend to be:

- Age over 35
- Well educated
- Collectors
- Hunters.

© 2013 NSSF

## 10.5   Cluster 5 – Low Use Military Vets



Low Use Military Vets account for 18% of all MSR owners. They tend to be:

- Non users
- Single MSR
- Less likely to buy MSR and accessories
- Age 45+
- No children at home
- Lower income

# 11 CROSS-TABULATIONS

How many NRDs do you own?

When did you purchase / obtain your first NRD?

Which of the following did you purchase at one or more previous to owning a NRD?

Where did you first gain interest in NRD's?

Law Enforcement / Military (Active or Former)

Do you currently have a membership at a local shooting range?

Was your most recent NRD?

In what year did you receive your most recent MSR as a purchase/gift?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21997 | 7546 | 5365 | 2995 | 5818 | 10443 | 11366 | 4424 | 8287 | 4116 | 3755 | 8331 | 13417 | 7631 | 14269 | 3716 | 4484 | 5603 | 5554 | 2481 | 3349 | 5556 | 6041 | 6045 | 9882 | 11916 | 16406 | 5495 | 9304 | 12426 |
| 2013 | 29% | 32% | 29% | 32% | 38% | 29% | 30% | 31% | 25% | 28% | 33% | 27% | 31% | 28% | 30% | 33% | 34% | 30% | 25% | 27% | 25% | 27% | 28% | 35% | 30% | 29% | 29% | 30% | 32% | 27% |
| 2012 | 35% | 33% | 36% | 34% | 37% | 36% | 34% | 33% | 36% | 38% | 38% | 35% | 35% | 34% | 36% | 40% | 35% | 35% | 33% | 33% | 34% | 35% | 36% | 35% | 35% | 35% | 35% | 35% | 36% | 35% |
| 2011 | 12% | 13% | 12% | 12% | 10% | 12% | 12% | 10% | 14% | 13% | 11% | 13% | 12% | 12% | 12% | 12% | 11% | 11% | 14% | 12% | 13% | 12% | 13% | 11% | 12% | 12% | 12% | 12% | 12% | 12% |
| 2010 | 7% | 8% | 7% | 7% | 5% | 7% | 7% | 7% | 7% | 6% | 7% | 7% | 6% | 7% | 7% | 6% | 6% | 6% | 7% | 9% | 8% | 7% | 7% | 5% | 7% | 7% | 7% | 7% | 6% | 7% |
| 2009 | 4% | 5% | 4% | 3% | 3% | 4% | 4% | 5% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 3% | 4% | 4% | 5% | 5% | 4% | 5% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 4% |
| 2008 | 3% | 5% | 4% | 2% | 2% | 3% | 3% | 4% | 3% | 3% | 2% | 4% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| 2007 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2006 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 2005 or earlier | 7% | 11% | 7% | 5% | 3% | 6% | 8% | 9% | 7% | 5% | 4% | 8% | 7% | 9% | 6% | 2% | 4% | 7% | 10% | 12% | 9% | 8% | 6% | 5% | 7% | 7% | 7% | 7% | 6% | 8% |

What was the initial price of your most recent MSR (new out of box cost)?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 22009 | 7549 | 5369 | 2996 | 5821 | 10449 | 11372 | 4476 | 8295 | 4117 | 3755 | 8337 | 13424 | 7638 | 14274 | 3716 | 4487 | 5608 | 5554 | 2483 | 3354 | 5557 | 6041 | 6047 | 9888 | 11927 | 16413 | 5500 | 9310 | 12432 |
| Under $500 | 9% | 10% | 9% | 9% | 8% | 7% | 10% | 10% | 9% | 7% | 7% | 9% | 9% | 8% | 9% | 8% | 7% | 9% | 9% | 11% | 13% | 10% | 8% | 6% | 8% | 10% | 9% | 9% | 8% | 9% |
| $500 - $1,000 | 46% | 49% | 46% | 46% | 41% | 44% | 47% | 49% | 48% | 45% | 42% | 47% | 45% | 47% | 45% | 44% | 45% | 46% | 46% | 47% | 49% | 48% | 47% | 40% | 44% | 47% | 46% | 45% | 46% | 45% |
| $1,001 - $1,500 | 29% | 29% | 31% | 29% | 29% | 30% | 29% | 28% | 30% | 30% | 29% | 29% | 30% | 29% | 30% | 31% | 29% | 29% | 29% | 28% | 26% | 28% | 29% | 32% | 30% | 28% | 29% | 30% | 30% | 29% |
| $1,501 - $2,000 | 9% | 8% | 9% | 9% | 12% | 10% | 8% | 9% | 8% | 10% | 11% | 9% | 10% | 9% | 10% | 10% | 10% | 9% | 8% | 8% | 6% | 8% | 10% | 12% | 10% | 9% | 9% | 10% | 9% | 9% |
| $2,001 - $2,500 | 3% | 2% | 3% | 4% | 5% | 4% | 3% | 3% | 3% | 4% | 4% | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 2% | 2% | 2% | 3% | 5% | 4% | 3% | 3% | 4% | 3% | 3% |
| $2,500 - $3,500 | 2% | 2% | 2% | 2% | 3% | 2% | 2% | [illegible] | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | [illegible] | [illegible] | [illegible] | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% |
| $3,500+ | [illegible] | [illegible] | [illegible] | 1% | 1% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% | [illegible] | [illegible] | 1% | [illegible] | [illegible] | 1% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% | 1% | [illegible] | [illegible] | 1% | 1% | [illegible] |
| Don't know | 3% | 2% | 3% | 3% | 2% | 3% | 3% | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 2% | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |

Where did you buy your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3+ | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21754 | 7474 | 5304 | 2953 | 5755 | 10328 | 11242 | 4375 | 8200 | 4057 | 3719 | 8248 | 13259 | 7535 | 14124 | 3696 | 4436 | 5544 | 5481 | 2442 | 3322 | 5484 | 5974 | 5978 | 9782 | 11775 | 16213 | 5445 | 9205 | 12287 |
| Independent (mom & pop) Retail Store | 36% | 38% | 37% | 36% | 32% | 38% | 34% | 35% | 36% | 37% | 37% | 35% | 36% | 35% | 36% | 33% | 37% | 35% | 36% | 38% | 35% | 36% | 36% | 36% | 35% | 36% | 36% | 35% | 36% | 36% |
| Internet website | 19% | 17% | 19% | 19% | 22% | 19% | 19% | 20% | 19% | 19% | 18% | 18% | 20% | 18% | 20% | 20% | 19% | 19% | 18% | 18% | 17% | 17% | 19% | 22% | 21% | 18% | 19% | 19% | 19% | 19% |
| Chain or Big Box Retail Store | 11% | 14% | 10% | 10% | 7% | 9% | 12% | 12% | 11% | 10% | 8% | 8% | 12% | 10% | 11% | 12% | 10% | 10% | 11% | 10% | 11% | 10% | 11% | 10% | 10% | 11% | 11% | 10% | 11% | 10% |
| Different Parts Purchases | 9% | 6% | 8% | 10% | 13% | 9% | 9% | 7% | 9% | 10% | 11% | 12% | 7% | 9% | 9% | 11% | 11% | 8% | 7% | 7% | 9% | 9% | 10% | 8% | 9% | 9% | 9% | 10% | 9% | 9% |
| Gun Show | 8% | 9% | 8% | 7% | 7% | 7% | 8% | 8% | 8% | 7% | 7% | 8% | 8% | 8% | 8% | 7% | 7% | 8% | 8% | 10% | 9% | 9% | 8% | 6% | 7% | 8% | 8% | 8% | 7% | 8% |
| Purchased as a Kit | 3% | 2% | 3% | 3% | 4% | 3% | 3% | 2% | 3% | 3% | 4% | 4% | 2% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 2% | 3% | 3% | 3% | 3% | 3% | 3% |
| Received as gift | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Direct Mail Catalog | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 12% | 13% | 13% | 12% | 12% | 13% | 13% | 13% | 12% | 12% | 12% | 13% | 12% | 15% | 11% | 9% | 11% | 13% | 14% | 14% | 18% | 13% | 12% | 12% | 13% | 12% | 13% | 12% | 12% | 13% |

What caliber is your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21504 | 7528 | 5340 | 2979 | 5780 | 10400 | 11317 | 4410 | 8245 | 4100 | 3737 | 8297 | 13361 | 7613 | 14196 | 3702 | 4468 | 5583 | 5519 | 2473 | 3327 | 5537 | 6020 | 6015 | 9844 | 11864 | 16331 | 5478 | 9260 | 12380 |
| .223 / 5.56mm | 69% | 78% | 69% | 66% | 59% | 69% | 69% | 72% | 70% | 68% | 64% | 67% | 70% | 70% | 69% | 71% | 70% | 68% | 69% | 68% | 68% | 69% | 70% | 70% | 69% | 68% | 70% | 67% | 70% | 68% |
| 7.62mm x 39mm | 10% | 9% | 10% | 10% | 10% | 9% | 11% | 11% | 10% | 8% | 8% | 7% | 11% | 9% | 10% | 10% | 9% | 9% | 9% | 11% | 14% | 10% | 9% | 7% | 9% | 10% | 9% | 11% | 9% | 10% |
| 0.308 | 6% | 3% | 6% | 8% | 10% | 7% | 6% | 5% | 6% | 7% | 7% | 8% | 6% | 7% | 6% | 5% | 5% | 7% | 7% | 7% | 6% | 6% | 6% | 8% | 6% | 6% | 6% | 6% | 6% | 6% |
| 0.22 | 4% | 5% | 5% | 5% | 4% | 4% | 5% | 5% | 4% | 4% | 5% | 3% | 5% | 4% | 5% | 4% | 5% | 4% | 4% | 5% | 5% | 5% | 4% | 4% | 4% | 5% | 5% | 4% | 5% | 4% |
| 6.8 | 2% | 1% | 2% | 2% | 3% | 2% | 1% | 1% | 1% | 2% | 3% | 2% | 1% | 2% | 1% | 1% | 2% | 1% | 2% | 2% | 1% | 2% | 2% | 2% | 2% | 2% | 2% | 1% | 2% | 2% |
| 7.62mm x 51mm or 7.62mm x 54mm | 2% | 1% | 2% | 3% | 3% | 2% | 2% | 2% | 2% | 2% | 3% | 3% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| .300 Blackout | 2% | 0% | 2% | 2% | 4% | 2% | 2% | 1% | 1% | 3% | 4% | 3% | 1% | 2% | 2% | 2% | 3% | 2% | 1% | 1% | 2% | 1% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% |
| 5.45 x 39mm | 1% | 1% | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 2% | 1% | 1% |
| 9mm Para | 1% | 0% | 1% | 0% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| .450 Bushmaster | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| .338 Lapua | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| .50 BMG | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 9mm Kurtz | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| 0.45 | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other | 3% | 1% | 2% | 3% | 4% | 3% | 2% | 2% | 2% | 2% | 4% | 4% | 2% | 2% | 3% | 2% | 2% | 3% | 3% | 4% | 2% | 3% | 2% | 2% | 2% | 3% | 2% | 3% | 2% | 3% |

How important were each of the following reasons for buying your most recent MSR? (average)

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| Reliable | 9.01 | 8.97 | 8.98 | 8.99 | 9.10 | 9.03 | 8.99 | 8.88 | 9.06 | 9.10 | 9.20 | 9.00 | 9.02 | 9.10 | 8.96 | 9.06 | 8.98 | 9.01 | 9.03 | 8.94 | 9.11 | 9.04 | 9.01 | 8.93 | 8.93 | 9.06 | 9.01 | 9.02 | 8.99 | 9.02 |
| Accuracy | 8.77 | 8.78 | 8.79 | 8.76 | 8.78 | 8.85 | 8.70 | 8.58 | 8.76 | 8.80 | 9.06 | 8.84 | 8.72 | 8.88 | 8.72 | 8.80 | 8.70 | 8.81 | 8.77 | 8.60 | 8.75 | 8.77 | 8.78 | 8.78 | 8.72 | 8.82 | 8.79 | 8.71 | 8.81 | 8.75 |
| Reputation of manufacturer | 8.27 | 8.32 | 8.26 | 8.24 | 8.23 | 8.36 | 8.18 | 8.17 | 8.29 | 8.36 | 8.42 | 8.19 | 8.32 | 8.32 | 8.24 | 8.11 | 8.18 | 8.32 | 8.36 | 8.34 | 8.21 | 8.25 | 8.29 | 8.30 | 8.24 | 8.29 | 8.29 | 8.22 | 8.24 | 8.29 |
| Good ergonomics, easy access to safety, comforta | 8.23 | 8.20 | 8.20 | 8.22 | 8.31 | 8.32 | 8.14 | 7.99 | 8.18 | 8.44 | 8.59 | 8.25 | 8.22 | 8.32 | 8.18 | 8.26 | 8.21 | 8.27 | 8.25 | 8.12 | 8.30 | 8.27 | 8.24 | 8.18 | 8.15 | 8.30 | 8.23 | 8.23 | 8.23 | 8.24 |
| Easy to shoot | 8.11 | 8.18 | 8.09 | 8.05 | 8.06 | 8.09 | 8.12 | 8.07 | 8.10 | 8.18 | 8.12 | 8.03 | 8.15 | 8.13 | 8.09 | 7.99 | 8.11 | 8.13 | 8.18 | 8.07 | 8.15 | 8.16 | 8.16 | 8.01 | 8.03 | 8.18 | 8.14 | 8.02 | 8.12 | 8.10 |
| Availability of parts | 7.90 | 7.90 | 7.91 | 7.89 | 7.93 | 7.91 | 7.90 | 7.77 | 7.94 | 7.89 | 8.01 | 7.89 | 7.92 | 7.97 | 7.88 | 7.81 | 7.88 | 7.97 | 7.93 | 7.88 | 7.97 | 7.94 | 7.92 | 7.84 | 7.81 | 7.98 | 7.91 | 7.89 | 7.91 | 7.91 |
| Availability of ammunition in this caliber | 7.73 | 7.80 | 7.77 | 7.68 | 7.63 | 7.69 | 7.77 | 7.79 | 7.78 | 7.71 | 7.58 | 7.52 | 7.86 | 7.78 | 7.71 | 7.49 | 7.40 | 7.77 | 7.89 | 7.89 | 7.83 | 7.79 | 7.71 | 7.70 | 7.72 | 7.74 | 7.75 | 7.67 | 7.66 | 7.78 |
| Ability to accessorize | 7.39 | 7.42 | 7.39 | 7.36 | 7.38 | 7.35 | 7.43 | 7.31 | 7.38 | 7.51 | 7.52 | 7.17 | 7.53 | 7.35 | 7.42 | 7.62 | 7.63 | 7.44 | 7.25 | 6.84 | 7.32 | 7.41 | 7.47 | 7.40 | 7.32 | 7.46 | 7.38 | 7.44 | 7.50 | 7.32 |
| Aesthetically pleasing/ Looks good | 7.31 | 7.33 | 7.26 | 7.29 | 7.33 | 7.25 | 7.36 | 7.37 | 7.32 | 7.20 | 7.28 | 7.08 | 7.45 | 7.07 | 7.43 | 7.34 | 7.33 | 7.44 | 7.28 | 7.00 | 7.34 | 7.38 | 7.30 | 7.30 | 7.16 | 7.43 | 7.29 | 7.38 | 7.34 | 7.29 |
| Low cost of ammunition in this caliber | 7.10 | 7.31 | 7.16 | 6.93 | 6.85 | 7.00 | 7.18 | 7.10 | 7.15 | 7.08 | 6.97 | 6.83 | 7.26 | 7.05 | 7.12 | 7.13 | 7.08 | 7.14 | 7.11 | 6.96 | 7.20 | 7.17 | 7.11 | 6.92 | 7.03 | 7.16 | 7.10 | 7.10 | 7.11 | 7.09 |
| Price | 6.96 | 7.21 | 6.97 | 6.85 | 6.68 | 6.83 | 7.08 | 7.12 | 7.01 | 6.85 | 6.70 | 6.77 | 7.08 | 6.90 | 6.94 | 6.92 | 6.92 | 7.01 | 7.00 | 6.90 | 7.26 | 7.12 | 6.97 | 6.65 | 6.86 | 7.04 | 6.97 | 6.95 | 6.97 | 6.95 |
| Light weight | 6.79 | 6.86 | 6.78 | 6.71 | 6.74 | 6.77 | 6.80 | 6.74 | 6.77 | 6.86 | 6.83 | 6.59 | 6.91 | 6.85 | 6.75 | 6.78 | 6.84 | 6.79 | 6.82 | 6.67 | 6.75 | 6.79 | 6.84 | 6.78 | 6.77 | 6.80 | 6.81 | 6.71 | 6.84 | 6.75 |
| Purchased to avoid any potential future ownershi | 6.75 | 6.71 | 6.81 | 6.75 | 6.72 | 6.57 | 6.90 | 7.20 | 6.68 | 6.52 | 6.38 | 6.46 | 6.92 | 6.60 | 6.82 | 6.80 | 6.90 | 6.81 | 6.66 | 6.43 | 6.54 | 6.65 | 6.76 | 7.00 | 6.85 | 6.68 | 6.76 | 6.71 | 6.80 | 6.71 |
| Low recoil | 6.41 | 6.62 | 6.37 | 6.33 | 6.23 | 6.41 | 6.42 | 6.43 | 6.39 | 6.46 | 6.35 | 6.20 | 6.55 | 6.38 | 6.43 | 6.35 | 6.40 | 6.40 | 6.51 | 6.19 | 6.43 | 6.47 | 6.40 | 6.39 | 6.40 | 6.43 | 6.45 | 6.31 | 6.46 | 6.38 |
| Ability to shoot competitively | 5.60 | 5.40 | 5.60 | 5.70 | 5.79 | 6.08 | 5.15 | 5.15 | 5.44 | 5.90 | 6.41 | 6.03 | 5.33 | 5.85 | 5.57 | 5.69 | 5.48 | 5.61 | 5.70 | 5.46 | 5.67 | 5.67 | 5.65 | 5.50 | 5.50 | 5.68 | 5.58 | 5.68 | 5.59 | 5.61 |
| Taught to use in military/law enforcement and wa | 4.38 | 4.33 | 4.37 | 4.42 | 4.38 | 4.42 | 4.27 | 4.37 | 4.33 | 4.51 | 4.57 | 4.30 | 4.40 | 7.03 | [illegible] | 4.10 | 4.28 | 4.34 | 4.38 | 4.30 | 4.52 | 4.45 | 4.46 | 4.34 | 4.38 | 4.32 | 4.44 | 4.22 | 4.40 | 4.32 |
| Recommended by retailer | 4.17 | 4.36 | 4.22 | 4.02 | 3.99 | 4.16 | 4.29 | 4.30 | 4.23 | 4.11 | 3.90 | 3.86 | 4.36 | 4.05 | 4.22 | 4.28 | 4.14 | 4.10 | 4.24 | 4.00 | 4.26 | 4.22 | 4.17 | 4.11 | 4.07 | 4.24 | 4.17 | 4.18 | 4.25 | 4.10 |
| My friends/family had one | 3.97 | 4.21 | 3.95 | 3.90 | 3.94 | 3.88 | 4.05 | 4.08 | 3.99 | 3.94 | 3.84 | 3.81 | 4.05 | 3.79 | 4.09 | 4.03 | 3.89 | 3.95 | 3.91 | 3.84 | 4.07 | 4.08 | 3.94 | 3.85 | 3.85 | 4.07 | 3.89 | 3.94 | 4.04 | 3.92 |

**I would consider my most recent MSR as I currently use it to be:**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21993 | 7549 | 5367 | 2993 | 5812 | 10445 | 11361 | 4420 | 8288 | 4115 | 3756 | 8330 | 13415 | 7631 | 14766 | 3713 | 4487 | 5605 | 5546 | 2483 | 3350 | 5550 | 6039 | 6048 | 9877 | 11920 | 16404 | 5405 | 9306 | 12424 |
| Out of the box (no accessories) | 19% | 21% | 19% | 18% | 18% | 17% | 21% | 25% | 18% | 15% | 13% | 17% | 20% | 19% | 19% | 15% | 17% | 20% | 22% | 28% | 21% | 19% | 19% | 18% | 19% | 19% | 20% | 18% | 19% | 20% |
| Have a few accessories (1~3) | 64% | 64% | 63% | 64% | 62% | 64% | 63% | [illegible] | [illegible] | [illegible] | 61% | [illegible] | 63% | 63% | 64% | 60% | 64% | [illegible] | [illegible] | [illegible] | 61% | [illegible] | [illegible] | 64% | [illegible] | [illegible] | [illegible] | 62% | 63% | 64% |
| Heavily accessorized (4+) | 17% | 15% | 18% | 18% | 20% | 18% | 16% | [illegible] | 16% | 20% | 25% | 17% | 17% | 18% | 17% | 25% | 20% | 18% | [illegible] | [illegible] | 18% | 17% | 17% | 17% | 17% | 17% | 16% | 20% | 18% | 17% |

| Under 35 | 35~44 | 45~54 | 55~64 | 65+ |
|---|---|---|---|---|
| 85% | 84% | 81% | 78% | 77% |

**When did you add your accessories to your MSR?**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21934 | 7527 | 5352 | 2986 | 5795 | 10420 | 11326 | 4413 | 8262 | 4105 | 3748 | 8303 | 13386 | 7608 | 14229 | 3706 | 4473 | 5589 | 5531 | 2479 | 3342 | 5540 | 6029 | 6021 | 9847 | 11890 | 16361 | 5480 | 9276 | 12396 |
| At time of purchase | 19% | 18% | 18% | 19% | 20% | 20% | 18% | 18% | 18% | 19% | 21% | 19% | 19% | 19% | 19% | 23% | 21% | 18% | 17% | 17% | 19% | 18% | 19% | 21% | 19% | 19% | 18% | 21% | 19% | 19% |
| Post purchase (within 12 months) | 62% | 58% | 62% | 64% | 64% | 64% | 59% | 58% | 63% | 63% | 62% | 62% | 61% | 61% | 62% | 64% | 60% | 62% | 60% | 56% | 59% | 61% | 62% | 63% | 62% | 61% | 61% | 62% | 62% | 61% |
| Post purchase (after 12 months) | 10% | 13% | 11% | 9% | 9% | 10% | 11% | 11% | 11% | 10% | 9% | 11% | 10% | 11% | 10% | 11% | 11% | 10% | 10% | 10% | 12% | 12% | 10% | 9% | 11% | 10% | 10% | 11% | 11% | 10% |
| Not applicable | 16% | 18% | 16% | 15% | 15% | 15% | 18% | 22% | 15% | 12% | 11% | 15% | 17% | 16% | 17% | 14% | 15% | 16% | 18% | 20% | 18% | 16% | 16% | 16% | 17% | 17% | 17% | 16% | 16% | 17% |

**How much after market customization did you do to your most recent MSR in terms of dollars spent?**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21964 | 7535 | 5356 | 2989 | 5811 | 10435 | 11339 | 4416 | 8280 | 4109 | 3753 | 8324 | 13396 | 7625 | 14241 | 3713 | 4475 | 5588 | 5550 | 2480 | 3348 | 5546 | 6036 | 6033 | 9868 | 11899 | 16383 | 5490 | 9284 | 12416 |
| $0 | 15% | 17% | 14% | 14% | 13% | 13% | 17% | 21% | 13% | 11% | 9% | 13% | 16% | 15% | 15% | 12% | 13% | 15% | 17% | 18% | 16% | 15% | 14% | 15% | 15% | 14% | 15% | 14% | 14% | 15% |
| $1 - $100 | 8% | 10% | 9% | 7% | 6% | 7% | 9% | 12% | 8% | 5% | 5% | 7% | 9% | 8% | 8% | 9% | 7% | 8% | 8% | 10% | 12% | 9% | 7% | 6% | 8% | 8% | 8% | 9% | 8% | 8% |
| $101 - $200 | 14% | 17% | 14% | 14% | 12% | 14% | 15% | 17% | 16% | 13% | 9% | 14% | 15% | 14% | 15% | 12% | 14% | 14% | 15% | 17% | 16% | 16% | 15% | 11% | 14% | 15% | 15% | 13% | 14% | 14% |
| $201 - $400 | 23% | 24% | 23% | 24% | 19% | 22% | 23% | 23% | 24% | 23% | 20% | 23% | 22% | 22% | 23% | 21% | 22% | 24% | 23% | 23% | 22% | 24% | 22% | 21% | 21% | 23% | 23% | 22% | 22% | 23% |
| $401 - $600 | 17% | 15% | 18% | 16% | 17% | 17% | 16% | 13% | 17% | 20% | 18% | 17% | 16% | 16% | 17% | 17% | 17% | 17% | 17% | 15% | 15% | 16% | 18% | 17% | 17% | 16% | 17% | 16% | 17% | 16% |
| $601 - $800 | 8% | 7% | 8% | 9% | 11% | 9% | 8% | 6% | 8% | 10% | 12% | 9% | 8% | 9% | 8% | 9% | 10% | 9% | 8% | 7% | 7% | 8% | 8% | 10% | 9% | 8% | 8% | 9% | 9% | 8% |
| $801 - $999 | 5% | 3% | 5% | 5% | 6% | 6% | 4% | 3% | 4% | 6% | 8% | 5% | 4% | 5% | 5% | 6% | 5% | 5% | 4% | 4% | 3% | 4% | 5% | 6% | 5% | 4% | 5% | 5% | 5% | 5% |
| $1,000 - $1,500 | 7% | 5% | 6% | 7% | 9% | 8% | 5% | 4% | 5% | 9% | 11% | 8% | 6% | 7% | 6% | 9% | 7% | 6% | 6% | 5% | 5% | 6% | 8% | 8% | 7% | 6% | 6% | 8% | 6% | 7% |
| $1,501 - $2,000 | 2% | [illegible] | [illegible] | 2% | 4% | 3% | 2% | [illegible] | 2% | 3% | 4% | 3% | 2% | 2% | 2% | 3% | 3% | 2% | 2% | 1% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 3% | 2% | 2% |
| $2,001 - $2,500 | 1% | [illegible] | [illegible] | [illegible] | 2% | 1% | [illegible] | [illegible] | 1% | [illegible] | 2% | [illegible] | [illegible] | 1% | 1% | [illegible] | [illegible] | [illegible] | [illegible] | 1% | [illegible] | [illegible] | 1% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% |
| $2,501 - $3,000 | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | [illegible] | [illegible] | [illegible] | 0% | 0% | 0% | 0% | 0% | [illegible] | [illegible] | 0% | 0% | [illegible] | [illegible] | 0% |
| $3,000 + | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 0% | 0% | 0% | [illegible] | [illegible] | [illegible] | 0% | 0% | 0% | 0% | 0% | [illegible] | [illegible] | 0% | 0% | [illegible] | [illegible] | 0% |
| 0 | 77% | 83% | 78% | 75% | 67% | 73% | 80% | [illegible] | 78% | 72% | [illegible] | 74% | 78% | 75% | 78% | 71% | 73% | 78% | 80% | 83% | 81% | 80% | 76% | 70% | 75% | 76% | 78% | 74% | 75% | 76% |
| $600+ | 23% | [illegible] | 22% | 24% | 34% | 27% | 20% | [illegible] | 20% | 29% | [illegible] | 27% | 21% | 24% | 22% | 29% | 26% | 23% | 20% | 18% | 18% | 21% | 22% | 30% | 25% | 21% | 22% | 27% | 23% | 23% |

**GP Primary Optics**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's* | Married | Not Married | Children in home | No children in home |
| | 21546 | 7423 | 5277 | 2940 | 5725 | 10302 | 11153 | 4307 | 8145 | 4050 | 3696 | 8194 | 13107 | 7507 | 14039 | 3642 | 4397 | 5490 | 5433 | 2424 | 3268 | 5430 | 5917 | 5936 | 9731 | 11712 | 16082 | 5368 | - 9145 | 12232 |
| Iron sights - primary | 33% | 38% | 34% | 32% | 30% | 30% | 36% | 42% | 34% | 27% | 22% | 29% | 38% | 35% | 32% | 33% | 32% | 34% | 35% | 35% | 37% | 35% | 33% | 31% | 33% | 34% | 33% | 35% | 33% | 34% |
| Scope - primary | 37% | 35% | 36% | 37% | 38% | 39% | 35% | 29% | 36% | 41% | 45% | 45% | 32% | 36% | 37% | 32% | 35% | 37% | 39% | 41% | 33% | 36% | 37% | 38% | 39% | 37% | 37% | 35% | 36% | 37% |
| Red dot - primary | 26% | 25% | 25% | 26% | 27% | 27% | 25% | 24% | 26% | 27% | 28% | 23% | 27% | 26% | 25% | 32% | 30% | 24% | 21% | 19% | 24% | 25% | 26% | 27% | 27% | 25% | 28% | 26% | 27% | 24% |
| Laser designator - primary | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other primary | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| None | 2% | 2% | 2% | 2% | 3% | 2% | 2% | 3% | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 3% | 3% | 2% | 3% | 4% | 2% | 3% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 3% |

**GP Secondary Optics**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 17463 | 5881 | 4251 | 2400 | 4780 | 8514 | 8873 | 3266 | 6046 | 3420 | 3179 | 6691 | 10567 | 6199 | 11264 | 2822 | 3533 | 4501 | 4451 | 2076 | 2552 | 4385 | 4837 | 4874 | 7857 | 9522 | 13125 | 4260 | 7443 | 9885 |
| Iron sights - secondary | 51% | 47% | 51% | 52% | 57% | 55% | 48% | 45% | 50% | 58% | 60% | 52% | 51% | 53% | 51% | 60% | 58% | 51% | 44% | 41% | 49% | 50% | 52% | 54% | 54% | 49% | 50% | 55% | 54% | 50% |
| Scope - secondary | 7% | 7% | 7% | 6% | 7% | 7% | 7% | 8% | 7% | 6% | 6% | 6% | 7% | 7% | 7% | 5% | 5% | 8% | 8% | 8% | 8% | 8% | 6% | 6% | 6% | 7% | 7% | 7% | 6% | 7% |
| Red dot - secondary | 7% | 8% | 8% | 7% | 7% | 7% | 7% | 8% | 7% | 8% | 7% | 7% | 8% | 7% | 8% | 7% | 7% | 7% | 7% | 8% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% |
| Laser designator - secondary | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 3% | 3% | 4% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 3% |
| Other secondary | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| None | 31% | 35% | 31% | 30% | 26% | 28% | 34% | 37% | 31% | 27% | 24% | 31% | 30% | 30% | 31% | 23% | 26% | 30% | 38% | 40% | 31% | 31% | 31% | 29% | 29% | 32% | 32% | 28% | 29% | 32% |

**What type of scope?**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 9699 | 3216 | 2370 | 1339 | 2656 | 4844 | 4775 | 1616 | 3649 | 1996 | 1989 | 4337 | 5257 | 3317 | 6337 | 1388 | 1823 | 2549 | 2621 | 1250 | 1454 | 2464 | 2670 | 2669 | 4261 | 5347 | 7311 | 2342 | 4017 | 5568 |
| 1 - 4x power scope | 26% | 24% | 26% | 25% | 28% | 26% | 25% | 26% | 26% | 26% | 24% | 24% | 27% | 27% | 25% | 27% | 26% | 24% | 25% | 23% | 24% | 25% | 26% | 27% | 28% | 24% | 26% | 25% | 26% | 25% |
| 2-7x power scope | 9% | 9% | 9% | 8% | 8% | 9% | 9% | 10% | 9% | 8% | 8% | 9% | 9% | 8% | 9% | 7% | 8% | 9% | 10% | 9% | 8% | 9% | 9% | 8% | 9% | 8% | 9% | 8% | 8% | 9% |
| 3 - 9x power scope | 31% | 37% | 35% | 32% | 28% | 31% | 35% | [illegible] | 34% | 32% | 29% | 30% | [illegible] | [illegible] | 33% | 33% | 31% | [illegible] | 33% | [illegible] | [illegible] | 34% | 33% | 31% | 31% | 34% | [illegible] | 33% | 32% | 35% |
| 4 - 14x power scope | 15% | 14% | 14% | 16% | 16% | 15% | 15% | 13% | 14% | 17% | 17% | 17% | 13% | 14% | 15% | 14% | 15% | 16% | 14% | 15% | 13% | 15% | 16% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| 6 - 20x + power scope | 10% | 8% | 10% | 11% | 13% | 12% | 9% | 8% | 10% | 11% | 14% | 14% | 8% | 10% | 11% | 9% | 9% | 11% | 11% | 11% | 11% | 10% | 10% | 12% | 10% | 11% | 10% | 11% | 10% | 11% |
| Don't know | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 6% | 5% | 5% | 6% | 7% | 6% | 6% | 5% | 5% | 6% | 7% | 7% | 5% | 7% | 6% | 8% | 6% | 6% | 5% | 5% | 7% | 6% | 5% | 6% | 5% | 6% | 6% | 6% | 6% | 6% |

**Which magazine capacity do you use the most in your most recent MSR?**

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21974 | 7537 | 5361 | 2991 | 5813 | 10435 | 11352 | 4420 | 8289 | 4110 | 3751 | 8321 | 13407 | 7624 | 14255 | 3713 | 4482 | 5596 | 5548 | 2477 | 3348 | 5550 | 6032 | 6037 | 9870 | 11909 | 16386 | 5495 | 9298 | 12413 |
| 5 round capacity | 3% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 2% | 2% | 3% | 4% | 6% | 5% | 4% | 3% | 2% | 3% | 4% | 3% | 3% | 3% | 4% |
| 10 round capacity | 12% | 15% | 13% | 11% | 9% | 13% | 11% | 12% | 12% | 12% | 11% | 13% | 11% | 10% | 13% | 10% | 10% | 12% | 13% | 16% | 11% | 12% | 11% | 13% | 12% | 12% | 12% | 12% | 11% | 12% |
| 15 round capacity | 2% | 2% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 3% | 2% | 2% | 3% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| 20 round capacity | 21% | 18% | 22% | 23% | 24% | 24% | 19% | 18% | 21% | 23% | 23% | 27% | 18% | 24% | 20% | 12% | 16% | 23% | 27% | 29% | 19% | 21% | 22% | 21% | 22% | 21% | 22% | 18% | 20% | 22% |
| 25 round capacity | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 3% | 4% | 4% |
| 30+ round capacity | 58% | 57% | 54% | 58% | 56% | 53% | 59% | 58% | 56% | 55% | 55% | 49% | 60% | 56% | 56% | 70% | 64% | 58% | 48% | 40% | 58% | 56% | 56% | 56% | 56% | 56% | 55% | 60% | 50% | 54% |
| Other | 2% | [illegible] | [illegible] | 1% | 2% | 2% | [illegible] | 2% | [illegible] | [illegible] | 2% | 2% | [illegible] | 2% | [illegible] | [illegible] | [illegible] | 2% | 2% | 2% | 2% | [illegible] | 3% | [illegible] | [illegible] | 2% | [illegible] | 2% | [illegible] | 2% |

What type of stock is on your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21976 | 7542 | 5362 | 2990 | 5810 | 10438 | 11350 | 4420 | 8280 | 4113 | 3749 | 8318 | 13410 | 7628 | 14252 | 3713 | 4486 | 5594 | 5543 | 2481 | 3350 | 5549 | 6029 | 6039 | 9874 | 11906 | 16389 | 5493 | 9294 | 12419 |
| Collapsible / Folding | 64% | 66% | 67% | 65% | 67% | 64% | 68% | 69% | 67% | 67% | 67% | 62% | 69% | 68% | 66% | 71% | 72% | 66% | 62% | 58% | 62% | 65% | 67% | 69% | 67% | 65% | 67% | 64% | 69% | 64% |
| Fixed | 28% | 30% | 28% | 28% | 26% | 29% | 27% | 31% | 28% | 26% | 24% | 31% | 27% | 28% | 28% | 22% | 27% | 29% | 32% | 38% | 32% | 30% | 27% | 25% | 28% | 29% | 28% | 30% | 25% | 30% |
| Precision | [illegible] | [illegible] | 4% | 5% | 5% | 5% | [illegible] | [illegible] | [illegible] | 5% | 7% | 5% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 4% | [illegible] | [illegible] | [illegible] | [illegible] | 4% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 4% | 4% |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 3% | 2% |

What type of upper receiver is on your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21847 | 7518 | 5330 | 2974 | 5758 | 10383 | 11278 | 4397 | 8233 | 4089 | 3731 | 8272 | 13332 | 7594 | 14158 | 3692 | 4459 | 5567 | 5515 | 2456 | 3310 | 5521 | 5996 | 6025 | 9827 | 11825 | 16305 | 5450 | 9247 | 12339 |
| Flat top | 73% | 71% | 74% | 74% | 75% | 73% | 73% | 68% | 75% | 74% | 76% | 74% | 73% | 70% | 75% | 77% | 76% | 72% | 70% | 69% | 70% | 73% | 74% | 75% | 74% | 73% | 73% | 75% | 73% | 73% |
| Removable carry handle (A3) | 12% | 14% | 12% | 11% | 10% | 12% | 12% | 14% | 12% | 11% | 10% | 11% | 13% | 14% | 11% | 12% | 10% | 13% | 13% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |
| Fixed carrying handle (A1 or A2) | 9% | 11% | 9% | 8% | 7% | 9% | 9% | 11% | 9% | 7% | 6% | 9% | 9% | 11% | 8% | [illegible] | [illegible] | 9% | 12% | 13% | 9% | 10% | 9% | 7% | 8% | 9% | 9% | 8% | 8% | 10% |
| Other | [illegible] | [illegible] | [illegible] | 7% | 8% | [illegible] | [illegible] | 7% | 5% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 7% | [illegible] | [illegible] | [illegible] | [illegible] | 9% | 7% | 5% | [illegible] | [illegible] | [illegible] | [illegible] | 8% | 6% | 6% |

What type of hand guard is on your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21804 | 7522 | 5341 | 2976 | 5764 | 10400 | 11308 | 4400 | 8241 | 4105 | 3747 | 8300 | 13352 | 7597 | 14201 | 3706 | 4469 | 5574 | 5531 | 2457 | 3328 | 5532 | 6019 | 6023 | 9837 | 13863 | 16339 | 5461 | 9272 | 12365 |
| Free floating with rails | 27% | 22% | 28% | 29% | 33% | 30% | 25% | 20% | 26% | 32% | 37% | 29% | 26% | 28% | 27% | 22% | 30% | 27% | 23% | 19% | 23% | 25% | 28% | 31% | 28% | 26% | 27% | 28% | 29% | 26% |
| Standard with rails | 26% | 30% | 27% | 23% | 20% | 24% | 27% | 28% | 27% | 24% | 21% | 19% | 30% | 27% | 25% | 24% | 24% | 25% | 26% | 30% | 25% | 26% | 25% | 26% | 25% | 26% | 26% | 25% | 26% | 25% |
| Standard without rails | 26% | 27% | 24% | 26% | 25% | 25% | 27% | 32% | 27% | 22% | 18% | 26% | 26% | 28% | 25% | 28% | 23% | 27% | 28% | 29% | 29% | 27% | 26% | 25% | 26% | 26% | 26% | 27% | 25% | 27% |
| Free floating without rails | 12% | 11% | 12% | 13% | 13% | 13% | 11% | 9% | 11% | 14% | 16% | 17% | 8% | 11% | 12% | 10% | 11% | 13% | 13% | 12% | 11% | 12% | 12% | 12% | 12% | 12% | 12% | 11% | 12% | 12% |
| Monolithic | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 2% |
| Other | 4% | [illegible] | [illegible] | [illegible] | 4% | [illegible] | 4% | [illegible] | [illegible] | 4% | [illegible] | 4% | 4% | 4% | [illegible] | 5% | 4% | 4% | [illegible] | [illegible] | 5% | [illegible] | 4% | [illegible] | 5% | 4% | [illegible] | 5% | [illegible] | 4% |
| Don't know | 3% | 4% | 3% | [illegible] | [illegible] | 3% | 4% | 5% | 3% | [illegible] | [illegible] | 2% | 4% | 2% | 4% | 3% | 3% | 3% | 4% | 3% | 4% | 3% | 3% | 3% | 3% | 4% | [illegible] | 3% | 3% | 4% |

What type of finish color is your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21956 | 7542 | 5353 | 2992 | 5798 | 10426 | 11344 | 4415 | 8282 | 4105 | 3746 | 8307 | 13404 | 7624 | 14238 | 3704 | 4478 | 5599 | 5586 | 2482 | 3340 | 5546 | 6075 | 6040 | 9861 | 11902 | 16383 | 5481 | 9284 | 12411 |
| Black | 80% | [illegible] | 80% | 80% | [illegible] | 80% | 80% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 80% | 80% | [illegible] | [illegible] | [illegible] | 80% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 80% | [illegible] | 80% | [illegible] | 80% | 80% |
| Flat Dark Earth (FDE) | 6% | 4% | 6% | 6% | 8% | 6% | 5% | 4% | 5% | 6% | 8% | 6% | 6% | 6% | 6% | 8% | 7% | 6% | 4% | 4% | 5% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 6% | 5% |
| Wood grain | 5% | 5% | 5% | 4% | 5% | 4% | 5% | 6% | 5% | 4% | 4% | 4% | 5% | 5% | 5% | 4% | 4% | 5% | 5% | 8% | 7% | 5% | 5% | 4% | 5% | 5% | 5% | 6% | 4% | 5% |
| Olive Green | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 4% | 3% | 3% | 3% | 2% | 4% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% |
| Camouflage | 3% | 3% | 3% | 2% | 3% | 2% | 3% | 2% | 3% | 3% | 4% | 3% | 2% | 3% | 3% | 3% | 2% | 3% | 3% | 3% | 3% | 3% | 2% | 2% | 2% | 3% | 3% | 2% | 3% | 3% |
| Custom | 2% | [illegible] | 2% | 2% | 3% | 2% | 2% | [illegible] | 2% | 2% | 4% | 2% | 2% | 2% | 2% | 3% | 2% | 2% | [illegible] | [illegible] | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| Other | 2% | [illegible] | 2% | 2% | 2% | 2% | 2% | 2% | [illegible] | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | [illegible] | 2% | 2% | 2% | 2% | [illegible] | 2% | 2% | 2% | 2% | 2% | 2% |

Is the barrel on your most recent MSR?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3+ | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21959 | 7540 | 5356 | 2986 | 5805 | 10425 | 11347 | 4413 | 8280 | 4101 | 3752 | 8321 | 13394 | 7617 | 14247 | 3713 | 4480 | 5586 | 5545 | 2478 | 3346 | 5548 | 6027 | 6017 | 9863 | 11902 | 16383 | 5487 | 9292 | 12407 |
| Threaded | 62% | 52% | 61% | 66% | 74% | 63% | 61% | 55% | 61% | 68% | 72% | 66% | 59% | 65% | 60% | 67% | 68% | 62% | 59% | 54% | 61% | 62% | 62% | 63% | 62% | 61% | 62% | 63% | 64% | 61% |
| Non-threaded / crowned | 26% | 30% | 27% | 25% | 20% | 27% | 25% | 27% | 27% | 24% | 22% | 25% | 26% | 24% | 27% | 22% | 23% | 26% | 28% | 31% | 26% | 26% | 26% | 26% | 26% | 26% | 26% | 24% | 25% | 26% |
| Don't know | 10% | 16% | 10% | 8% | [illegible] | 8% | 12% | 16% | 10% | 7% | [illegible] | 7% | 13% | 9% | 11% | 8% | 8% | 10% | 12% | 15% | 12% | 10% | 10% | 10% | 10% | 11% | 10% | 11% | 10% | 11% |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Does the barrel on your most recent MSR have a?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21963 | 7536 | 5355 | 2989 | 5810 | 10425 | 11351 | 4414 | 8281 | 4111 | 3750 | 8317 | 13399 | 7617 | 14250 | 3711 | 4476 | 5594 | 5550 | 2474 | 3346 | 5549 | 6033 | 6036 | 9863 | 11904 | 16386 | 5485 | 9295 | 12404 |
| Flash hider / Non-Permanent | 39% | 34% | 39% | 41% | 48% | 40% | 39% | 30% | 40% | 42% | 48% | 42% | 38% | 41% | 38% | 41% | 42% | 40% | 38% | 31% | 37% | 40% | 40% | 39% | 39% | 39% | 40% | 38% | 41% | 38% |
| Flash hider / Permanent | 18% | 22% | 19% | 17% | 12% | 17% | 19% | 22% | 19% | 16% | 11% | 14% | 20% | 20% | 16% | 13% | 16% | 18% | 20% | 23% | 16% | 17% | 18% | 19% | 19% | 17% | 18% | 16% | 17% | 18% |
| Muzzle brake / Non-Permanent | 15% | 12% | 15% | 16% | 19% | 16% | 14% | 12% | 14% | 17% | 21% | 16% | 14% | 15% | 15% | 19% | 18% | 14% | 13% | 12% | 17% | 15% | 15% | 14% | 15% | 15% | 14% | 17% | 15% | 15% |
| Muzzle brake / Permanent | 8% | 9% | 8% | 7% | 7% | 8% | 7% | 8% | 8% | 8% | 7% | 8% | 8% | 7% | 8% | 9% | 8% | 8% | 7% | 7% | 8% | 8% | 7% | 9% | 8% | 8% | 8% | 9% | 8% | 8% |
| Don't known | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 3% |
| Other | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 1% |
| None | 16% | 19% | 16% | 15% | 12% | 16% | 16% | 17% | 16% | 15% | 15% | 18% | 14% | 13% | 17% | 12% | 14% | 16% | 18% | 21% | 18% | 17% | 16% | 15% | 15% | 17% | 16% | 15% | 15% | 16% |

What is the barrel length?

| | | # MSR's own | | | | Range Membership | | # times used MSR last 12 months | | | | Reload Ammo? | | Law Enforcement or Military | | Age | | | | | Income | | | | Education | | Marital Status | | Children? | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | 1 | 2 | 3 | 4+ | Member | Non-Member | 3 times or less | 4~11 | 12~23 | 24+ | Reloader | Non-Reloader | Military / L.E. | Non Military / L.E. | Under 35 | 35~44 | 45~54 | 55~64 | 65+ | $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Bachelor's or higher | Less than Bachelor's | Married | Not Married | Children in home | No children in home |
| | 21967 | 7533 | 5363 | 2988 | 5812 | 10635 | 11346 | 4416 | 8283 | 4110 | 3747 | 8315 | 13406 | 7620 | 14251 | 3708 | 4476 | 5598 | 5545 | 2481 | 3349 | 5552 | 6028 | 6037 | 9871 | 11900 | 16381 | 5493 | 9287 | 12417 |
| 11 ½" | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 14 ½" | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 3% | 4% | 4% | 4% | 6% | 4% | 4% | 3% | [illegible] | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| 16" | 58% | 57% | 57% | 58% | 59% | 57% | 59% | 59% | 59% | 58% | 57% | 54% | 60% | 58% | 58% | 64% | 64% | 57% | 54% | 51% | 57% | 57% | 60% | 59% | 58% | 58% | 58% | 58% | 60% | 57% |
| 18" | 15% | 15% | 16% | 15% | 14% | 15% | 14% | 14% | 15% | 16% | 15% | 16% | 14% | 14% | 15% | 12% | 14% | 16% | 16% | 16% | 14% | 15% | 14% | 15% | 15% | 15% | 15% | 15% | 15% | 15% |
| 20" | 12% | 12% | 13% | 12% | 13% | 14% | 11% | 12% | 12% | 14% | 13% | 17% | 10% | 13% | 12% | 8% | 9% | 13% | 16% | 18% | 13% | 13% | 12% | 11% | 12% | 13% | 13% | 12% | 11% | 13% |
| 24" | 4% | 3% | 4% | 4% | 4% | 4% | 3% | 3% | 3% | 3% | 5% | 5% | 3% | 4% | 4% | 3% | 3% | 4% | 4% | 5% | 4% | 4% | 3% | 3% | 4% | 3% | 4% | 4% | 3% | 4% |
| Don't know | 5% | 7% | 4% | 3% | 2% | 3% | 6% | 7% | 4% | 2% | 2% | 2% | 6% | 4% | 5% | 4% | 4% | 4% | 5% | 5% | 6% | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 4% | 5% |
| Other | 2% | 3% | 2% | 2% | 3% | 2% | 2% | [illegible] | [illegible] | 2% | 3% | 2% | 2% | 2% | 2% | 3% | 2% | 2% | 2% | [illegible] | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |

Have you used a MSR in the last 12 months?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non-Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 21982 | 7548 | 5357 | 2993 | 5807 | 10437 | 11358 | 4435 | 8303 | 4119 | 3758 | 8316 | 13418 | 7634 | 14251 | 3712 | 4483 | 5598 | 5546 | 2444 | 3347 | 5551 | 6035 | 6038 | 9872 | 11913 | 16394 | 5496 | 9288 | 12429 |
| Yes | 94% | 90% | 95% | 98% | 97% | 96% | 91% | 100% | 100% | 100% | 100% | [illegible] | 92% | 94% | 93% | [illegible] | [illegible] | 94% | 92% | 92% | 92% | 94% | 94% | [illegible] | 94% | 94% | [illegible] | 94% | [illegible] | 93% |
| No | [illegible] | 10% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 7% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 7% |

Approximately how many times in the last 12 months have you used your MSR?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non-Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20615 | 6270 | 5084 | 2875 | 5636 | 10049 | 10291 | 4435 | 8303 | 4119 | 3758 | 7995 | 12380 | 7209 | 13316 | 3571 | 4246 | 5259 | 5106 | 2290 | 3069 | 5218 | 5685 | 5718 | 9289 | 11150 | 15393 | 5140 | 8773 | 11598 |
| 3 times or less | 21% | 31% | 21% | 18% | 12% | 17% | 26% | 100% | [illegible] | [illegible] | [illegible] | 14% | 26% | 20% | 22% | 20% | 21% | 21% | 22% | 23% | 23% | 21% | 21% | 21% | 22% | 21% | 21% | 22% | 21% | 22% |
| 4~11 | 40% | 44% | 43% | 39% | 34% | 39% | 42% | 0% | 100% | [illegible] | [illegible] | 36% | 43% | 40% | 41% | 38% | 39% | 40% | 42% | 43% | 40% | 40% | 40% | 41% | 41% | 40% | 41% | 39% | 40% | 40% |
| 12~23 | 20% | 15% | 21% | 22% | 23% | 23% | 18% | [illegible] | [illegible] | 100% | [illegible] | 23% | 18% | 21% | 19% | 20% | 20% | 20% | 21% | 19% | 18% | 21% | 20% | 20% | 20% | 20% | 20% | 19% | 21% | 19% |
| 24+ | 18% | 9% | 15% | 21% | 31% | 22% | 15% | 0% | [illegible] | [illegible] | 100% | 26% | 13% | 20% | 17% | 22% | 20% | 18% | 16% | 15% | 19% | 18% | 19% | 18% | 17% | 19% | 18% | 20% | 18% | 18% |
| | 38% | 24% | 36% | 43% | 54% | 44% | 33% | [illegible] | [illegible] | [illegible] | [illegible] | 49% | 31% | 41% | 38% | 42% | 40% | 38% | 37% | 34% | 37% | 39% | 39% | 39% | 37% | 39% | 38% | 39% | 39% | 37% |

Did you shoot your MSR more, less, about the same in the last 12 months compared to the year before?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non-Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20415 | 6666 | 5039 | 2856 | 5612 | 9955 | 10290 | 4371 | 8218 | 4100 | 3776 | 7938 | 12243 | 7147 | 13181 | 3539 | 4207 | 5214 | 5051 | 2264 | 3039 | 5160 | 5638 | 5667 | 9220 | 11021 | 15252 | 5085 | 8695 | 11482 |
| More | 26% | 30% | 20% | 24% | [illegible] | 20% | 26% | 28% | 25% | 26% | 26% | 28% | 28% | 23% | 27% | 30% | 27% | 25% | 24% | 24% | 25% | 25% | 25% | 28% | 27% | 25% | 26% | 26% | 26% | 26% |
| Less | 25% | 23% | 25% | 26% | 27% | 23% | 27% | 32% | 27% | 23% | [illegible] | 24% | 26% | 25% | 25% | 29% | 27% | 24% | 23% | [illegible] | 30% | 27% | 24% | 23% | 25% | 26% | 24% | 28% | 26% | 25% |
| About the same | 48% | 47% | 48% | 50% | 51% | 50% | 47% | 40% | 49% | 52% | [illegible] | 53% | 46% | 52% | 47% | 41% | 46% | 50% | [illegible] | [illegible] | 46% | 48% | 50% | 49% | 48% | 50% | 50% | 45% | 48% | 50% |
| | 75% | 77% | 74% | 74% | [illegible] | 76% | 73% | [illegible] | 74% | 78% | [illegible] | 76% | 74% | 75% | 74% | [illegible] | 73% | 75% | 77% | [illegible] | [illegible] | 73% | 75% | 77% | 75% | 75% | 76% | [illegible] | 74% | 76% |

In the last 12 months where did you shoot your MSR?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20565 | 6753 | 5069 | 2868 | 5628 | 10032 | 10359 | 4404 | 8290 | 4114 | 3757 | 7984 | 12344 | 7193 | 13283 | 3569 | 4235 | 5243 | 5093 | 2284 | 3066 | 5210 | 5668 | 5702 | 9264 | 11125 | 15354 | 5132 | 8752 | 11574 |
| Target shoot at Public range | 52% | 51% | 51% | 52% | 52% | 56% | 48% | 47% | 53% | 53% | 53% | 49% | 53% | 51% | 52% | 56% | 54% | 53% | 47% | 44% | 49% | 51% | 52% | 54% | 55% | 50% | 50% | 55% | 51% | 52% |
| Target shoot at Private range | 51% | 43% | 48% | 54% | 60% | 68% | 33% | 38% | 48% | 57% | 64% | 58% | 46% | 53% | 49% | 48% | 50% | 50% | 52% | 55% | 44% | 48% | 51% | 55% | 54% | 48% | 51% | 49% | 51% | 50% |
| Target shoot on my/family land | 41% | 36% | 41% | 42% | 40% | 33% | 48% | 27% | 38% | 46% | 57% | 45% | 38% | 38% | 42% | 40% | 43% | 39% | 37% | 34% | 45% | 42% | 40% | 38% | 39% | 42% | 41% | 39% | 43% | 39% |
| Target shoot on friends land | 32% | 28% | 32% | 33% | 37% | 30% | 35% | 21% | 30% | 37% | 48% | 34% | 31% | 29% | 34% | 43% | 35% | 31% | 28% | 23% | 36% | 34% | 32% | 30% | 30% | 34% | 31% | 38% | 33% | 32% |
| While hunting on Private land | 26% | 30% | 26% | 28% | 32% | 25% | 27% | 10% | 21% | 33% | 48% | 33% | 22% | 26% | 26% | 28% | 26% | 27% | 26% | 23% | 25% | 27% | 26% | 27% | 26% | 27% | 27% | 25% | 28% | 25% |
| While hunting on Public land | 12% | 9% | 12% | 13% | 15% | 12% | 12% | 4% | 9% | 15% | 23% | 18% | 8% | 13% | 12% | 13% | 12% | 12% | 12% | 11% | 13% | 13% | 12% | 10% | 11% | 13% | 12% | 12% | 13% | 11% |
| Competition Shooting (i.e. 3 Gun) | 10% | 5% | 8% | 12% | 17% | 17% | 4% | [illegible] | 7% | 13% | 24% | 17% | 6% | 12% | 9% | 10% | 11% | 11% | 10% | 10% | 7% | 10% | 11% | 12% | 12% | 8% | 10% | 10% | 11% | 10% |
| At paid course/training academy. | [illegible] | [illegible] | 6% | 7% | 11% | 9% | 4% | [illegible] | 4% | 8% | 14% | 7% | [illegible] | 9% | 5% | 7% | [illegible] | 7% | 5% | [illegible] | 4% | 5% | 7% | 8% | 8% | 5% | 6% | 6% | 7% | 6% |
| While at work (i.e. Law Enforcement, Private Se | 5% | [illegible] | 5% | 6% | 8% | 6% | 5% | [illegible] | 4% | [illegible] | 10% | 5% | 5% | 13% | [illegible] | 6% | 6% | 6% | 4% | [illegible] | 4% | 5% | 6% | 6% | 6% | 5% | 6% | 6% | 7% | 4% |
| In military | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 6% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 4% | [illegible] | 2% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Other | 3% | 3% | 3% | [illegible] | 4% | [illegible] | 4% | [illegible] | [illegible] | [illegible] | 4% | 4% | [illegible] | [illegible] | 3% | [illegible] | [illegible] | 3% | 3% | 4% | 4% | [illegible] | 3% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 3% | 3% |

What is the % breakdown of the ammunition have you used in the last 12 months for your MSR?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non-Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| "Budget" Factory Loads/Bulk packs | 43% | 45% | 44% | 42% | 39% | 41% | 45% | 46% | 46% | 42% | 36% | 34% | [illegible] | 41% | 44% | 40% | 45% | 43% | 40% | 35% | 41% | 42% | 44% | 44% | 44% | 41% | 43% | 45% | 45% | 42% |
| Premium factory loads | 29% | 33% | 29% | 28% | 24% | 28% | 30% | 32% | 30% | 28% | 27% | 18% | 36% | 31% | 28% | 29% | 30% | 30% | 28% | 28% | 29% | 28% | 27% | 32% | 28% | 30% | 29% | 30% | 29% | 29% |
| Handloads/Reloads | 16% | [illegible] | 18% | 18% | 22% | 20% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 38% | [illegible] | 17% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 17% |
| Import Ammo | 12% | [illegible] | [illegible] | 12% | 15% | 12% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Approximately how many rounds of ammunition did you fire through your MSR in the last 12 months?

| | Total | # MSR's own: 1 | 2 | 3 | 4+ | Range Membership: Member | Non-Member | # times used MSR last 12 months: 3 times or less | 4~11 | 12~23 | 24+ | Reload Ammo?: Reloader | Non-Reloader | Law Enforcement or Military: Military / L.E. | Non Military / L.E. | Age: Under 35 | 35~44 | 45~54 | 55~64 | 65+ | Income: $45,000 & under | $45,001 to $75,000 | $75,001 to $110,000 | $110,001+ | Education: Bachelor's or higher | Less than Bachelor's | Marital Status: Married | Not Married | Children?: Children in home | No children in home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20564 | 6751 | 5071 | 2868 | 5628 | 10023 | 10368 | 4416 | 8286 | 4112 | 3750 | 7981 | 12351 | 7188 | 13287 | 3563 | 4241 | 5247 | 5095 | 2280 | 3064 | 5210 | 5672 | 5710 | 9264 | 11126 | 15353 | 5183 | 8756 | 11573 |
| None | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 1-50 | 4% | 6% | 4% | 3% | [illegible] | [illegible] | 5% | 11% | [illegible] | 3% | [illegible] | 3% | 4% | 3% | 4% | [illegible] | [illegible] | [illegible] | 5% | 5% | 5% | 4% | 3% | [illegible] | 4% | 4% | 4% | 4% | 4% | 4% |
| 51 - 100 | 7% | 11% | 7% | 5% | [illegible] | 5% | 9% | 20% | 6% | [illegible] | [illegible] | 5% | 8% | 6% | 7% | 6% | 6% | 6% | 7% | 10% | 10% | 7% | 6% | 6% | 7% | 7% | 7% | 7% | 6% | 8% |
| 101 - 200 | 12% | 16% | 14% | 11% | 8% | 10% | 14% | 24% | 14% | 5% | [illegible] | 11% | 13% | 12% | 12% | 11% | 11% | 12% | 13% | 16% | 15% | 13% | 12% | 11% | 12% | 13% | 13% | 12% | 11% | 13% |
| 201 - 400 | 18% | 21% | 20% | 17% | 14% | 17% | 20% | 22% | 25% | 14% | 6% | 17% | 20% | 18% | 19% | 18% | 17% | 19% | 19% | 22% | 19% | 20% | 19% | 17% | 19% | 19% | 19% | 17% | 19% | 19% |
| 401 - 600 | 16% | 17% | 18% | 20% | 16% | 17% | 17% | 10% | 22% | 19% | 12% | 17% | 17% | 18% | 17% | 16% | 17% | 18% | 18% | 16% | 16% | 17% | 18% | 17% | 17% | 18% | 17% | 17% | 18% | 17% |
| 601 - 800 | 7% | 7% | 8% | 8% | 7% | 8% | 7% | [illegible] | 9% | 9% | 7% | 7% | 7% | 7% | 8% | 7% | 8% | 7% | 7% | 7% | 7% | 8% | 8% | 7% | 7% | 7% | 7% | 8% | 7% | 7% |
| 801 - 1,000 | 11% | 9% | 11% | 13% | 15% | 13% | 10% | [illegible] | 12% | 18% | 15% | 12% | 11% | 13% | 11% | 11% | 12% | 12% | 12% | 9% | 10% | 11% | 12% | 12% | 12% | 11% | 11% | 13% | 11% | 12% |
| 1,001 - 3,000 | 15% | 9% | 15% | 19% | 24% | 19% | 12% | [illegible] | 9% | 26% | [illegible] | 19% | 14% | 16% | 16% | [illegible] | 18% | 16% | 14% | 11% | 14% | 14% | 16% | 19% | 16% | 15% | 15% | 17% | 17% | 15% |
| 3,001 - 5,000 | 4% | [illegible] | [illegible] | 6% | 8% | 5% | [illegible] | [illegible] | [illegible] | 5% | 13% | 5% | [illegible] | 5% | 4% | 5% | 5% | 5% | [illegible] | [illegible] | [illegible] | [illegible] | 4% | 5% | 4% | 4% | 4% | 4% | 4% | 4% |
| 5,001 - 10,000 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 10,001 + | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 1000+ | 20% | 11% | 18% | 24% | [illegible] | 27% | 16% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 18% | 22% | 21% | 27% | 25% | 22% | 18% | 13% | 18% | 18% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 20% |
| 100 or less | 13% | 18% | 11% | [illegible] | [illegible] | [illegible] | 15% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 13% | [illegible] | 11% | [illegible] | [illegible] | [illegible] | 12% | 15% | 15% | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 12% |

Approximately how many rounds of ammunition do you anticipate firing through your AR15 in 2018?

When you buy ammunition, what quantity do you typically buy at one time?

Do you reload your own ammunition?

If you reload your own ammunition, what amount of total ammunition you shoot do you reload?

Approximately how many rounds of ammunition do you have on hand?