# In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

*Lucy Allen*
*Vol. 1*
*January 24, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Min-U-Script® with Word Index

EXHIBIT 35

1  would be the reason -- back up.
2       I don't know why they've maintained these --
3  these stories for self-defense.  My guess, my
4  speculation on why they maintain them is because
5  they think guns are helpful in self-defense and
6  they have collected stories where they've seen
7  that guns have been helpful in self-defense.
8  BY MR. SWEENEY:
9       Q.   Do you believe these stories are a
10 representative sample of firearms self-defense?
11      A.   I wouldn't particularly expect them to
12 be -- I would -- I would expect in terms of a
13 bias, it may be that the stories are when the
14 use of a gun has been particularly effective and
15 beneficial in self-defense.
16      Q.   And that would be a selection bias?
17      A.   There could be some selection bias.
18      Q.   All right.  Do you have any reason to
19 believe that these stories are a complete
20 recording of all instances in self-defense use
21 of firearms?
22      A.   I think the NRA is quite focused on
23 this issue of self-defense, and I have not
24 researched -- I should back up.
25           I think they're very interested in this

1  issue and I think they have -- in my experience,
2  they're quite diligent in finding stories and
3  finding information that supports the point that
4  guns can effectively be used in self-defense.
5  So I would expect that it may be a quite
6  comprehensive list.
7       Q.   Have you done any independent research
8  to verify that expectation?
9       A.   I haven't particularly done any
10 research to verify that.  I have note -- I note
11 that the number of rounds fired by individuals
12 is not inconsistent with the sort of data that I
13 have seen Kleck and others compile.
14      Q.   In Paragraph 9, you refer to a study of
15 incidents in the NRA stories for a five-year
16 period from '97 to 2001.  Is that what we've
17 marked as Allen Number 3, The Armed Citizen -
18 A Five Year Analysis that you produced today?
19      A.   Yes.
20      Q.   And who prepared that study?
21      A.   Claude Werner.
22      Q.   Who is he?
23      A.   He's a firearms instructor, firearms
24 expert instructor.  I believe he's a former
25 military person.