1

```
                                         Volume I
                                      Pages 1-27

      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MASSACHUSETTS


                                 No. 1:17-cv-10107-WGY


DAVID SETH WORMAN, et al.,
     Plaintiffs,
vs.
CHARLES D. BAKER, et al.,
     Defendants.




               DEPOSITION OF ALAN ZANI
      Friday, September 15, 2017 at 12:10 p.m.
         Campbell, Campbell, Edwards & Conroy
                 One Constitution Center
             Boston, Massachusetts 02129




    ----------Jennifer A. Doherty, CSR--------------
             Certified Shorthand Reporter


                   C. J. REPORTING
                   P.O. Box 1373
                 Andover, MA  01810
                    617.763.1725
                 www.cjreporting.com
```

1  of Page 13, the Colonel states:  "Beginning in late
2  2015, Massachusetts State Police Lieutenant Alan
3  Zani participated in reviews of firearms sales."  Is
4  that accurate?
5       A.   Let me read this one more time.  I
6  participated in firearms reviews sales?  To a
7  limited extent that's partially accurate.
8       Q.   What was the extent of your review of
9  firearms sales?
10      A.   There would be occasion that I would hear
11 of an FFL or a federal firearms licensed dealer
12 selling firearms that weren't on the approved roster
13 and/or glocks being sold to non-law enforcement
14 personnel.  From that I would be provided with a
15 sampling of their monthly sales report and could
16 either discern from that report that the report was
17 either accurate or inaccurate, and then I would
18 forward the information.
19      Q.   A number of questions about that.  When
20 you say "firearm," you're referring to the
21 Massachusetts definition which is a handgun; is that
22 correct?
23      A.   I'm not.  There would be long arms and
24 firearms.  Long arms and pistols would be