```
 1                                          Volume I
                                         Pages 1-188
 2         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
 3
                                 No. 1:17-cv-10107-WGY
 4


 5   DAVID SETH WORMAN, et al.,
          Plaintiffs,
 6   vs.

 7   CHARLES D. BAKER, et al.,
          Defendants.
 8


 9


10


11
                   DEPOSITION OF GARY KLEIN
12           Tuesday, August 29, 2017 at 9:10 a.m.
              Campbell, Campbell, Edwards & Conroy
13                   One Constitution Center
                   Boston, Massachusetts 02129
14


15


16


17
         ----------Jennifer A. Doherty, CSR--------------
18              Certified Shorthand Reporter

19


20
                         C.J. Reporting
21                       P.O. Box 1373
                 Andover, Massachusetts 01810
22                       617-763-1725
                     cjr@cjrreporting.com
23


24
```

```
 1  APPEARANCES:

 2
        BRADLEY ARANT BOULT CUMMINGS, LLP
 3      BY: John Parker Sweeney, Esq.
        1615 L Street, N.W., Suite 1350
 4      Washington, D.C. 20036
        202-719-8216
 5      jsweeney@bradley.com
        For the Plaintiffs.
 6

 7      BRADLEY ARANT BOULT CUMMINGS, LLP
        BY: Marc A. Nardone, Esq.
 8      1615 L. Street, N.W., Suite 1350
        Washington, D.C. 20036
 9      202-719-8256
        mnardone@bradley.com
10      Co-counsel for the Plaintiffs.

11
        OFFICE OF THE ATTORNEY GENERAL
12      ASSISTANT ATTORNEYS GENERAL
        BY:  William W. Porter, Esq.
13      One Ashburton Place
        Boston, Massachusetts 02108
14      bill.porter@state.ma.us
        For the Defendants.
15

16

17

18  ALSO PRESENT:

19
        CAMPBELL CAMPBELL EDWARDS & CONROY
20      Christopher R. Howe, Esq.
21      One Constitution Center
        Boston, Massachusetts 02129
22      617-241-3029
        chowe@campbell-traial-lawyers.com
23

24
```

```
                        I N D E X
Testimony of:              Direct

GARY KLEIN
    by Mr. Sweeney           5



                      E X H I B I T S
No.         Description                              For I.D.

1   Subpoena                                             4

2   Responses of Defendant Maura Healey
    in her capacity as Attorney General to
    Plaintiffs' First Set of Interrogatories
    to all Defendants                                    4

3   Defendant Maura Healey's Responses to
    Plaintiffs' First Set of Requests for
    Production of Documents                              4

4   Defendants' Required Disclosures Pursuant
    to Federal Rules of Civil Procedure 26               4

5   Remarks of Attorney General Maura Healey
    Assault Weapons Ban Press Conference                60

6   Enforcement Notice/Prohibited Assault
    Weapons, July 20, 2016                             107

7   Web page of Assault Weapons Ban
    Enforcement                                        178

8   Web page:  Guns That Are Not Assault
    Weapons                                            178




        **EXHIBITS SENT TO ATTORNEY SWEENEY**
```

 1      A.   And individuals are responsible for
 2  registering individual sales.
 3      Q.   And in either event, no firearms was
 4  transferred to Massachusetts without registration,
 5  correct?
 6              MR. PORTER:  Objection to the form.
 7      Q.   According to law?
 8      A.   According to law, yes.
 9      Q.   And what agency processes those
10  registrations?
11      A.   It's CJIS, the Criminal Justice
12  Information Service which is a division -- and
13  you'll have a witness on this, and I apologize, I
14  may not get this right, but my understanding is that
15  it is a division that is operated by EOPSS,
16  E-O-P-S-S, the Executive Office of Public Safety and
17  Security.
18      Q.   You'll defer to that witness who will be
19  talking tomorrow on the details of that, but that's
20  your understanding?
21      A.   Including on whether I have the exact name
22  of the organization.
23      Q.   That's fine.  Does the Office of the
24  Attorney General take a position with respect to

1   whether the registration of a fireman is an approval

2   of that firearm as being compliant with

3   Massachusetts law?

4        A.   Yes.

5        Q.   And what is that position?

6        A.   That it is not approval.

7        Q.   And what is the basis for that position?

8        A.   A number of things.  The information

9   registered wouldn't be sufficient to make a

10  determination of whether the firearm has lawfully

11  transferred.

12       Q.   To your knowledge, is there any process

13  within the Massachusetts government that is designed

14  to ascertain transaction by transaction whether or

15  not the firearm is compliant with Massachusetts

16  law?

17       A.   I would say the compliance review we

18  undertook was consistent with making that

19  evaluation.

20       Q.   And what conclusions did your compliance

21  review reach with respect to that evaluation?

22            MR. PORTER:  Objection to the form of

23  that question.

24       A.   May I consult with Mr. Porter again on

```
 1        Q.    Yes.
 2        A.    For the telephone inquiries I would say
 3   it's Dan Krockmalnic, who is making sure the
 4   inquiries are answered.  And for e-mails it's
 5   typically me, and I would say written inquiries -- I
 6   said e-mails -- but there are other ways inquiries
 7   come into the office.
 8        Q.    Does Dan Krockmalnic consult with you on
 9   responses that he gives to the telephone
10   inquiries?
11        A.    From time to time.
12        Q.    And you mentioned a telephone log.  Do you
13   review the log?
14        A.    Occasionally.
15        Q.    Do you ever give any guidance from the
16   Office of the Attorney General by telephone or by
17   e-mail to inquiries about the scope of the
18   enforcement notice other than simply referring them
19   to your website?
20        A.    I would say that it's possible that we
21   have, but mostly we refer people to the website on
22   that kind of question.
23        Q.    Had there been any inquires about whether
24   or not an assault weapon obtained prior to July 20,
```

```
 1   2016 can be sold in Massachusetts by an individual
 2   gun owner?
 3        A.   Yes.
 4        Q.   What have you responded?
 5        A.   The typical answer is:  We address this
 6   question on the website.  Here's the web address.
 7   That should answer your question.
 8        Q.   Have there been inquiries about whether or
 9   not an individual can sell an assault weapon
10   obtained prior to July 20, 2016 to a dealer in
11   Massachusetts?
12        A.   To a dealer?
13        Q.   Yes.
14        A.   I can't say for sure.
15        Q.   We talked earlier about the interrogatory
16   answer that listed the individuals who were involved
17   in preparing the Notice of Enforcement, and you
18   confirmed that those were the individuals.  I
19   noticed that the Attorney General Maura Healey's
20   name did not appear on that list.
21             Did she have any involvement in
22   preparing the Notice of Enforcement?
23        A.   Did she have any involvement?  Yes.
24        Q.   What was her involvement?
```