# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**David Seth Worman et al**

       **Plaintiff**

    **V.**

**Maura Healey et al**

       **Defendant**

**CIVIL ACTION**

**NO. 17cv10107-WGY**

## JUDGMENT

**YOUNG, D. J.**

  In accordance with the Court's MEMORANDUM AND ORDER entered on April 5, 2018, it is hereby ORDERED:

  Judgment for the DEFENDANTS.

                  **By the Court,**

**April 6, 2018**              **/s/Matthew A. Paine**

  **Date**                  **Deputy Clerk**