FILED IN CLERKS OFFICE
2018 MAY 18 11:08
U.S. DISTRICT COURT
DISTRICT OF MASS

RE: WORMAN V. BAKER
1:17-CV-10107

DEAR HONORABLE JUDGE YOUNG

I AM A BONA fide JAILHOUSE LAWYER AND PUBLIC INTERESTS ADVOCATE. SEE E.G. ACCOMPANYING LETTERS. LETTER dated JANUARY 30, 2015 FROM ALI RAD, LAW CLERK, WITH THE DISTRICT OF COLUMBIA PUBLIC DEFENDER SERVICE. LETTER dated JUNE 29, 2016 FROM JOANNE A. EPPS, DEAN AND PROFESSOR OF LAW, NOW PROVOST AT TEMPLE UNIVERSITY; LETTER dated DECEMBER 9, 2016 FROM KELLYE Y. TESTY, THE 2016 PRESIDENT OF THE ASSOCIATION OF AMERICAN LAW SCHOOLS.

I AM WRITING YOU THIS LETTER REGARDING YOUR APRIL 10, 2018 DECISION ON MASSACHUSETTS' BAN ON ASSAULT WEAPONS, AS REPORTED IN THE CRIMINAL LAW REPORTER VOL. 103, NO. 2, APRIL 11, 2018 PAGE 35.

AS MASSACHUSETTS ATTORNEY GENERAL MAURA HEALEY; I TOO BELIEVE THAT STRONG GUN LAWS SAVES LIVES. AND ONE WHO WILL NOT BE INTIMIDATED BY GUN LOBBY IN MY EFFORTS TO END THE SALE OF ASSAULT WEAPONS AND PROTECT COMMUNITIES AND SCHOOLS, INCLUDING LAW SCHOOLS, LAW STUDENTS, AMERICAN LAW TEACHERS AS WELL. TO THAT END, I BELIEVE YOUR RULING SERVES THE PUBLIC INTERESTS AND SHOULD BE UPHELD ON APPEAL. GIOVANI V. CABANDOLA, 303 F.3d 507, 521 (4TH CIR. 2001).

ACCOMPANYING THIS, PLEASE FIND COPIES OF TWO RELEVANT COURT ORDERS IN MY ENDEAVOR HERE.

(1)

The first case, Witt v. Witt. There, like here, my goal was seeking to have trial court ruling upheld on appeal, believing do so, serves the public interests. See the accompanying court order filed June 16, 2017 in the Court of Appeals of Tennessee, at Knoxville, Appeal No. E2017-00884-COA-R3-CV, in the matter of Witt v. Witt, where I sought leave to file a brief as an amicus curiae.

The second case, Ayala v. Scott. There, like here, in part, my goal was to represent the consciousness of two prosecutors. Ayala in the matter of Ayala v. Scott. Heale- in the matter of Worman v. Baker. This endeavor, can fairly be characterized as a model of true diversity. "A jailhouse lawyer representing the conscious of prosecutors." See accompanying court order filed July 6, 2017 in the Supreme Court of Florida, Case No. SC17-653, in the matter of Ayala v. Rick Scott, Governor. Where I sought leave to file accompanying amicus curiae brief.

The third case, is my endeavor here. I wish to do so in a very unique way. "Significant diversity." I am a convicted gun violence offender. Therefore, this amicus has a "special interest that justifies him having a say in his goal having this court's April 10, 2018 ruling upheld on appeal. Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970).

(2)

My interest is clear. There must be an all out effort to end gun violence in the States. Peoples lives matters. As indicated, I have an unique perspective on two fronts that can help the Court of Appeals beyond the help of the lawyers. An amicus curiae brief from the undersigned is desirable because it would represent justice for all. Therefore, I should have my say. Strasser, supra, at 569. Under Strasser, I believe that this court has the inherent power of acceptance in my filing a meritorious amicus curiae brief with the First Circuit Court of Appeals. In any event, I respectfully request the court to send me a copy of the court's April 10, 2018 ruling and a copy of the docket sheet in the case.

Thank you.

5-14-18
DATE

Respectfully Submitted
James M___ 09548-007
U.S.P.A.D.X. MAX.
P.O. Box 8500
Florence, CO. 81226

(3)



**PUBLIC DEFENDER SERVICE**
*for the District of Columbia*

Avis E. Buchanan
*Director*

Rudolph Acree, Jr.
*Deputy Director*

January 30, 2015

James Murray
Fed. Reg. #: 09548-007
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Dear Mr. Murray:

I hope this letter finds you in good health and spirits. I am sending this note to acknowledge receipt of your letter requesting names of schools that award honorary law degrees. I was very impressed to read about your pro se efforts in the federal courts to assert the rights of jailhouse lawyers. Your advocacy is a model for all individuals – incarcerated or otherwise – who seek to protect our constitutionally guaranteed freedoms. So as to ensure that I have done my due diligence in responding to your query, I will be researching your accreditation options in the coming weeks. In the meantime, please let me know know if you have any other questions or concerns.

Sincerely,

Ali Rad
Law Clerk

Community Defender Division, 680 Rhode Island Avenue, NE, Suite H-5, Washington, DC 20002
Tel (202) 824-2801/ (800) 341-2582 | TTY (202) 824-2531 | Fax (202) 824-2966 | www.pdsdc.org

# TEMPLE UNIVERSITY
**Beasley School of Law**

Office of the Dean

T 215-204-7863
F 215-204-5480
www.law.temple.edu

1719 N. Broad Street
Philadelphia, PA 19122

JoAnne A. Epps
Dean and Professor of Law

June 29, 2016

James Murray
Fed. Reg. #09548-007
USP Florence ADMAX
P.O. Box 8500
Florence, CO 81226

Dear Mr. Murray,

    I received and read your letter of June 14, 2016. Congratulations on your success as a jail-house lawyer. Although some honorary degree recipients receive a doctor of laws degree, the conferral of the degree comes from the University, not the Law School. Therefore, I lack the authority to grant your desire to receive an honorary degree and, as such, to address our graduates. Also, I am returning your correspondence, so that you might re-direct it to appropriate University officials. Finally, I hope this letter makes its way to you, as I am not following your instructions to identify myself as an attorney-at-law.

Sincerely,

*JoAnne*

JoAnne A. Epps
Dean and Professor of Law

**W UNIVERSITY of WASHINGTON**
*Office of the Dean*

December 9, 2016

James Murray
Reg. No. 09548-007
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

Dear Mr. Murray,

Thank you for your recent letters to AALS. As you requested, I have included with this letter a copy of the University of Washington's Honorary Degree policies and guidelines. I also appreciate your interest in AALS and in SALT. We all share your commitment to diversity and equity in law. We also appreciate your interest in serving as an officer of AALS; however, our officers are drawn from faculty at member schools. Thank you again for writing and with all good wishes.

Best wishes,

Kellye Y. Testy
Toni Rembe Dean
Professor of Law

# Supreme Court of Florida

THURSDAY, JULY 6, 2017

**CASE NO.: SC17-653**

ARAMIS DONELL AYALA, ETC.   vs.   RICK SCOTT, GOVERNOR

Petitioner(s)                                    Respondent(s)

The "Motion for Leave to File Accompanying Amicus Curiae Brief" filed in this Court on July 6, 2017, in the above cause by James Murray is hereby denied as untimely and the brief of amicus curiae filed with this Court on July 6, 2017, is hereby stricken.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

two
Served:

MARK HERRON
NANCY G. ABUDU
AMIT AGARWAL
SARAH G. BOYCE
JAMES C. DUGAN
JENNIFER LAI-PETERSON
JUDITH A. BROWNE DIANIS
JONATHAN L. WILLIAMS
SONYA RUDENSTINE
ROY L. AUSTIN, JR.
SHAYAN ELAHI
ARTHUR I. JACOBS
SHARON L. KEGERREIS
DONALD B. VERRILLI, JR.
DONITA JUDGE
THOMAS MARIADASON
ROBERT J. TELFER III
DENISE D. LIEBERMAN
JOSEPH MICHAEL MAIDA
N. ADAM TEBRUGGE
RUSSELL NEUFELD
ASHLEY LITWIN

JACK HEEKIN
MARK B. HELM
MARCOS E. HASBUN
CHAD I GOLDER
DANIEL E. NORDBY
JAMES MURRAY
CHESTERFIELD H. SMITH, JR.
JOHN F. MULLER
JORDAN E. PRATT
SETH E. MILLER
AMY E. RICHARDSON
ADAM SCOTT TANENBAUM
MAMIE V. WISE
RICHARD J. SCHOLZ
DOUGLAS ARTHUR WYLER
DANIEL JAY GERBER
NINA R. MORRISON
HON. PAMELA JO BONDI
JENNY E. CARROLL
BRIAN W. STULL

FILED
06/16/2017
Clerk of the
Appellate Courts

# IN THE COURT OF APPEALS OF TENNESSEE
## AT KNOXVILLE

### SABRINA RENAE WITT v. ERICA CHRISTINE WITT

**Circuit Court for Knox County, Fourth Circuit**
**No. 136047**

**No. E2017-00884-COA-R3-CV**

### ORDER

Upon consideration of the motion seeking leave to file a brief as an amicus curiae, filed by an inmate in a federal correctional facility located in Colorado, the motion is DENIED. Pursuant to Rule 31(d) of the Tennessee Rules of Appellate Procedure, all costs associated with the filing of the motion shall be assessed against the movant, for which execution may issue.

**PER CURIAM**