# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Worman et al v. Baker et al

District Court Number: 17cv10107-WGY

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No  X     Sealed documents   Yes ____ No  X  
*If yes, document #* _____     *If yes, document #* _____

*Ex parte* documents   Yes ____ No  X     Transcripts   Yes  X  No ____
*If yes, document #* _____     *If yes, document #*   90

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#93 Memorandum and Order, #94 Judgment, #98 Electronic Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#93, #94, #98, and #100

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  100   filed on June 7, 2018   .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 8, 2018   .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**