# United States Court of Appeals
## For the First Circuit

No. 18-1545

DAVID SETH WORMAN; ANTHONY LINDEN; JASON WILLIAM SAWYER; PAUL NELSON CHAMBERLAIN; GUN OWNERS' ACTION LEAGUE, INC.; ON TARGET TRAINING, INC.; OVERWATCH OUTPOST,

Plaintiffs, Appellants,

v.

MAURA T. HEALEY, in her official capacity as Attorney General of the Commonwealth of Massachusetts; DANIEL BENNETT, in his official capacity as the Secretary of the Executive Office of Public Safety and Security; KERRY GILPIN, in her official capacity as Superintendent of the Massachusetts State Police,

Defendants, Appellees.

**JUDGMENT**

Entered: April 26, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
William W. Porter
Gary Klein
Jeffrey Thomas Collins
Julia Eleanor Kobick
Elizabeth A. Kaplan
James Wallace Porter III
James Michael Campbell

Richard Paul Campbell
Eric M. Apjohn
John Parker Sweeney
Marc A. Nardone
Tara Sky Woodward
John Ohlendorf
Peter A. Patterson
David H. Thompson
Dan M. Peterson
Carl D. Michel
Ilya Shapiro
Joseph Greenlee
David B. Kopel
James M. Murray
Jonathan K. Baum
Mark T. Ciani
Michael Patrick Moore Jr.
Vanessa Arslanian
Laura E. Stafford
Kimberly A. Mottley
Mariel Goetz
Deepak Gupta
Jonathan Taylor
Elizabeth A. Ritvo
Tristan G. Axelrod
Glenn J. Moramarco
Jeremy Feigenbaum
Ben T. Clements