# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 15, 2020

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

   Re: David Seth Worman, et al.
     v. Maura T. Healey, Attorney General of Massachusetts, et al.
     No. 19-404
     (Your No. 18-1545)

Dear Clerk:

  The Court today entered the following order in the above-entitled case:

  The petition for a writ of certiorari is denied.

            Sincerely,

            *[signature]*

            **Scott S. Harris**, Clerk